**FILED & ENTERED**

JUN 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br>Brian Dennis Martin<br><br><br>Debtor(s).<br><br>David Tyler Moss; Fidelissimus, LLC<br><br><br>Plaintiff(s),<br>v.<br>Brian Dennis Martin<br><br><br><br><br><br>Defendant(s). | CHAPTER 13<br><br>Case No.: 6:25-bk-10944-RB<br><br>Adv No:    6:25-ap-01055-RB<br><br>**ORDER CONTINUING STATUS CONFERENCE AND DEFENDANT'S MOTION TO DISMISS**<br><br>**Continued Hearing Date and Time:**<br>Date:        July 29, 2025<br>Time:        2:00 p.m.<br>Courtroom: 303<br><br>(In-Person and Zoom Appearances) |

///

-1-

-2-

1  **PLEASE TAKE NOTICE** that the Status Conference set on the Court's calendar on July 9, 2025, at 2:00 p.m. and Defendant's Motion to Dismiss on July 1, 2025, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **July 29, 2025, at 2:00 p.m.**

###

Date: June 3, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge