United States Bankruptcy Court
Central District of California

Moss,
    Plaintiff

Martin,
    Defendant

Adv. Proc. No. 25-01055-RB

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Jun 03, 2025      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Mark Stuart Rosen, Attorney at Law, 27281 Las Ramblas, Suite 200, Mission Viejo, CA 92691, UNITED STATES 92691-8303 |
| dft | + | Brian Dennis Martin, 941 Cimarron Lane, Corona, CA 92879-8232 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ptnr | + | Email/Text: michael.berger@bankruptcypower.com | Jun 04 2025 01:42:00 | Michael Jay Berger, The Law Offices of Michael Jay Berger, 9454 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212-2980 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | David Tyler Moss |
| pla | | Fidelissimus, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com C115@ecfcbis.com |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jun 03, 2025 | Form ID: pdf031 | Total Noticed: 3

Mark S Rosen
       on behalf of Plaintiff Fidelissimus  LLC marksrosen@aol.com, pattielegalasst@aol.com

Mark S Rosen
       on behalf of Plaintiff David Tyler Moss marksrosen@aol.com pattielegalasst@aol.com

Michael Jay Berger
       on behalf of Partner Michael Jay Berger michael.berger@bankruptcypower.com
       yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
       on behalf of Defendant Brian Dennis Martin michael.berger@bankruptcypower.com
       yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

United States Trustee (RS)
       ustpregion16.rs.ecf@usdoj.gov


TOTAL: 6

**FILED & ENTERED**

JUN 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>Brian Dennis Martin<br><br><br>Debtor(s).<br><br>David Tyler Moss; Fidelissimus, LLC<br><br><br>**Plaintiff(s),**<br>v.<br>Brian Dennis Martin<br><br><br><br><br><br>Defendant(s). | CHAPTER 13<br><br>Case No.: 6:25-bk-10944-RB<br>Adv No:   6:25-ap-01055-RB<br><br>**ORDER CONTINUING STATUS CONFERENCE AND DEFENDANT'S MOTION TO DISMISS**<br><br><u>Continued Hearing Date and Time:</u><br>Date:         July 29, 2025<br>Time:         2:00 p.m.<br>Courtroom: 303<br><br>(In-Person and Zoom Appearances) |

///

-1-

**PLEASE TAKE NOTICE** that the Status Conference set on the Court's calendar on July 9, 2025, at 2:00 p.m. and Defendant's Motion to Dismiss on July 1, 2025, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **July 29, 2025, at 2:00 p.m.**

###

Date: June 3, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-