**FILED & ENTERED**

**JUL 09 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>Brian Dennis Martin<br><br>Debtor(s).<br><br>David Tyler Moss; Fidelissimus, LLC<br><br>Plaintiff(s),<br>v.<br>Brian Dennis Martin<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.: 6:25-bk-10944-RB<br>Adv No:    6:25-ap-01055-RB<br><br>**ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING**<br><br>**Continued Hearing Date and Time:**<br>Date:    **August 26, 2025**<br>Time:    **2:00 p.m.**<br>**Courtroom: 303**<br><br>Current Hearing Date and Time:<br>Date:    July 29, 2025<br>Time:    2:00 p.m.<br>Courtroom: 303<br><br>(In-Person and Zoom Appearances) |

///

-1-

-2-

1  **PLEASE TAKE NOTICE** that the Defendant's Motion to Dismiss set on the Court's

2  Calendar on July 29, 2025, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy

3  Court located at 3420 Twelfth Street, Riverside, California will be continued to **August 26,**

4  **2025 at 2:00 p.m.**

5  ###

Date: July 9, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge