United States Bankruptcy Court

Central District of California

Moss,

    Plaintiff                                                                      Adv. Proc. No. 25-01055-RB

Martin,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf031 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Mark Stuart Rosen, Attorney at Law, 27281 Las Ramblas, Suite 200, Mission Viejo, CA 92691, UNITED STATES 92691-8303 |
| dft | + | Brian Dennis Martin, 941 Cimarron Lane, Corona, CA 92879-8232 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ptnr | + Email/Text: michael.berger@bankruptcypower.com | Jul 10 2025 00:54:00 | Michael Jay Berger, The Law Offices of Michael Jay Berger, 9454 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212-2980 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | David Tyler Moss |
| pla | | Fidelissimus, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025                          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com C115@ecfcbis.com |

District/off: 0973-6                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 09, 2025                       Form ID: pdf031                                 Total Noticed: 3

Michael Jay Berger
                          on behalf of Defendant Brian Dennis Martin michael.berger@bankruptcypower.com
                          yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
                          on behalf of Partner Michael Jay Berger michael.berger@bankruptcypower.com
                          yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

United States Trustee (RS)
                          ustpregion16.rs.ecf@usdoj.gov


TOTAL: 4



**FILED & ENTERED**

**JUL 09 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>Brian Dennis Martin<br><br><br><br>                          Debtor(s). | CHAPTER 7<br><br>Case No.: 6:25-bk-10944-RB<br><br>Adv No:   6:25-ap-01055-RB |

| | |
|---|---|
| David Tyler Moss; Fidelissimus, LLC<br><br><br><br>                  Plaintiff(s),<br><br>   v.<br><br>Brian Dennis Martin<br><br><br><br><br><br><br>             Defendant(s).<br><br>/// | **ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING**<br><br>**Continued Hearing Date and Time:**<br>**Date:**       **August 26, 2025**<br>**Time:**       **2:00 p.m.**<br>**Courtroom: 303**<br><br>Current Hearing Date and Time:<br>Date:      July 29, 2025<br>Time:      2:00 p.m.<br>Courtroom: 303<br><br><br>(In-Person and Zoom Appearances) |

1    **PLEASE TAKE NOTICE** that the Defendant's Motion to Dismiss set on the Court's

2    Calendar on July 29, 2025, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy

3    Court located at 3420 Twelfth Street, Riverside, California will be continued to **August 26,**

4    **2025 at 2:00 p.m.**

5    ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    Date: July 9, 2025

_Magdalena Reyes Bordeaux_

22    Magdalena Reyes Bordeaux
United States Bankruptcy Judge

23

24

25

26

27