| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MICHAEL JAY BERGER (State Bar # 100291)<br>SOFYA DAVTYAN (State Bar # 259544)<br>ANGELA N. GILL (State Bar #260928)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone: (310) 271-6223<br>Facsimile: (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com<br>Sofya.Davtyan@bankruptcypower.com<br>Angela.Gill@bankruptcypower.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Defendant | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>BRIAN DENNIS MARTIN<br><br>Debtor(s). | CASE NO.: 6:25-bk-10944-RB<br>ADVERSARY NO.: 6:25-ap-01055-RB<br>CHAPTER: 7 |
|---|---|
| DAVID TYLER MOSS and FIDELISSIMUS, LLC<br><br>Plaintiff(s).<br>vs.<br>BRIAN DENNIS MARTIN<br><br>Defendant(s). | **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE: 07/29/2025<br>TIME: 2:00 pm<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth St.<br>Riverside, CA 92501 |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015   Page 1   F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   Plaintiff filed a complaint on April 30, 2025. (Dkt. 1). Defendant filed a motion to dismiss the complaint on May 29, 2025. (Dkt. 5). Plaintiff then filed a First Amended Complaint on June 6, 2025. (Dkt. 11). Defendnat filed an answer to the First Amended Complaint on July 3, 2025. (Dkt. 14). A status conference on the first amended complaint is scheduled for Oct. 7, 2025. (Dkt. 12). The court rescheduled the hearing on the motion to dismiss from July 1, 2025 (Dkt. 7) to July 29, 2025 (Dkt. 8) to August 26, 2025. (Dkt. 15). As such, the parties have not yet conferred or made initial disclosures.

B. <u>**READINESS FOR TRIAL**</u>:

   1. When will you be ready for trial in this case?
      <u>Plaintiff</u>                                              <u>Defendant</u>
                                                                Unknown at this time.

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      <u>Plaintiff</u>                                              <u>Defendant</u>
                                                                Due to the rescheduled motion to dismiss and status conference set for Oct. 7, 2025.

   3. When do you expect to complete <u>your</u> discovery efforts?
      <u>Plaintiff</u>                                              <u>Defendant</u>
                                                                Within 3 months of the status conference scheduled for Oct. 7, 2025.

   4. What additional discovery do you require to prepare for trial?
      <u>Plaintiff</u>                                              <u>Defendant</u>
                                                                Unknown at this time.

C. <u>**TRIAL TIME**</u>:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
      <u>Plaintiff</u>                                              <u>Defendant</u>
                                              2-3 days.

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?
      <u>Plaintiff</u>                                              <u>Defendant</u>
                                                                Unknown at this time.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 2                                              F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
|  | Unknown at this time. |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) 01/07/2026 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   No settlement discussions have occurred yet.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☐ No | ☒ Yes ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 3 — F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Due to the rescheduled hearings on the motion to dismiss and the status conference scheduled for October 7, 2025, counsel for Defendant had not calendared the deadline to file a joint status report in advance of the July 29th status conference, mistakenly believing it had been vacated. As such, this status report is being filed late and counsel apologizes to the court for any inconvenience. On July 16, 2025, counsel for Defendant sent an email to counel for Plaintiff to inform him that a joint status report needed to be prepared. However, as of July 18, 2025, Plaintiff's counsel had not responded to the email, so this unilateral status report is being filed.

Respectfully submitted,

Date: _____                                Date: 07/18/2025

_____                     Law Offices of Michael Jay Berger
Printed name of law firm                          Printed name of law firm

_____                     _/s/ A. Gill_____
Signature                                         Signature

_____                     Angela N. Gill
Printed name                                      Printed name

Attorney for: _____                    Attorney for: Defendant, Brian Dennis Martin

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

## DECLARATION OF ANGELA N. GILL

I, Angela N. Gill, declare and state as follows:

1.  I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.  I am a Senior Associate with the Law Offices of Michael Jay Berger, attorneys for Defendant, Brian Dennis Martin.

3.  On April 3, 2025, Plaintiff filed a Complaint in this case. (Dkt. 1).

4.  On May 29, 2025, Defendant filed a Motion to Dismiss the Complaint. (Dkt. 5).

5.  A status conference was originally set for July 9, 2025. (Dkt. 2).

6.  The hearing on the Motion to Dismiss was originally set for July 1, 2025. (Dkt. 6).

7.  The court then rescheduled both the hearing on the Motion to Dismiss and the status conference to July 29, 2025. (Dkt. 8).

8.  On June 6, 2025, Plaintiff filed a First Amended Complaint. (Dkt. 11).

9.  A status conference was then scheduled for October 7, 2025. (Dkt. 12).

10. On July 3, 2025, Defendant filed an Answer to the First Amended Complaint. (Dkt. 14).

11. On July 9, 2025, the court rescheduled the hearing on the Motion to Dismiss to August 26, 2025. (Dkt. 15).

12. Due to the rescheduling of the motion to dismiss and the status conference set for October 7, 2025, I mistakenly believed that the July 29, 2025 status conference was vacated. As such, I did not calendar the July 15, 2025 deadline to file a joint status report.

1

13. It was only upon reviewing the docket for other case related issues, did I realize that the July 29, 2025 status conference was still on calendar and the deadline for filing the joint status report had passed.

14. On July 16, 2025, upon realizing the mistake, I contacted counsel for Plaintiff, Mark Rosen, by sending him an email message at marksrosen@aol.com.

15. A true and correct copy of the email I sent to Mr. Rosen is attached hereto as Exhibit 1.

16. As of the date of this Declaration, I have not received a response from Mr. Rosen.

17. As such, I am filing a Unilateral Status Report.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 18, 2025 at Beverly Hills, California.

*[signature]*

Angela N. Gill

2

# EXHIBIT 1

Case 6:25-ap-01055-RB    Doc 18    Filed 07/18/25    Entered 07/18/25 17:43:37    Desc
Main Document    Page 8 of 9

# Angela Gill

**From:** Angela Gill
**Sent:** Wednesday, July 16, 2025 11:39 AM
**To:** 'marksrosen@aol.com'
**Subject:** Joint Status Report - Moss v. Martin 6:25-ap-01055

Mr. Rosen,

I mistakenly thought the court had vacated the status conference of July 29th and set a new conference for Oct. 7th. However, it appears that the status conference is still on calendar for July 29th, in which case we need to file a joint status report. Typically, plaintiff files it. Please call me to discuss.

Angela N. Gill
Senior Associate Attorney
Certified Specialist in Bankruptcy Law
Law Offices of Michael Jay Berger
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212
Tel. (310) 271-6223
Fax (310) 271-9805

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **Unilateral Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/18/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Defendant's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
Plaintiff's Counsel: Mark S Rosen    marksrosen@aol.com, pattielegalasst@aol.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 7/18/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Plaintiff's Counsel
Van T. Tran
1502 N. Broadway
Santa Ana, CA 92701

Mark Stuart Rosen
Attorney at Law
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _7/18/2025____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bordeaux
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/18/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE