| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MARK S. ROSEN          (SBN 72431)<br>27281 Las Ramblas, Ste. 200<br>Mission Viejo, CA 92691<br>714-285-9838<br>email: marksrosen@aol.com<br><br><br><br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* plaintiffs | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>BRIAN DENNIS MARTIN<br><br><br><br><br>Debtor(s). | CASE NO.:          6:25-bk-10944-RB<br><br>ADVERSARY NO.: 6:25-ap-01055-RB<br><br>CHAPTER:          7 |
| DAVID TYLER MOSS and FIDELISSIMUS LLC<br><br><br>Plaintiff(s).<br><br>vs.<br><br>BRIAN DENNIS MARTIN<br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:          07/29/2025<br>TIME:          2:00 p.m.<br>COURTROOM:  303<br>ADDRESS:     3420 Twelfth Avenue<br>                     Riverside, CA 92501 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

## A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?                  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?                  ☒ Yes  ☐ No

3. Have all motions addressed to the Claims Documents been resolved?                  ☐ Yes  ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?                  ☐ Yes  ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 1                                   **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

Defendant filed a motion to dismiss in response to the adversary complaint. Plaintiff filed a First Amended Complaint which addressed all of the issues in the motion to dismiss. Defendant filed an answer to the First Amended Complaint. However,  the motion to dismiss is still on calendar for August 26, 2025.

## B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?

|  <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| in four months | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| in the next four months | |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Discovery of hidden assets | |

## C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| one day | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| unknown; much of plaintiff's case is based on judgments already entered against defendant, or on a case pending in the Texas state courts | |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                    <u>Defendant</u>

Unknown at this time.

## D.  PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                    <u>Defendant</u>

Pretrial conference ☒ is ☐ is not  requested          Pretrial conference ☐ is ☐ is not  requested
Reasons:                                          Reasons:
To clarify the issues before the court and to determine
if any part of the case should be remanded to the
Texas state court

<u>Plaintiff</u>                                    <u>Defendant</u>

Pretrial conference should be set <u>after</u>:          Pretrial conference should be set <u>after</u>:

(*date*) 12/01/2025                                (*date*) _____

## E.  SETTLEMENT:

1.  What is the status of settlement efforts?
    The parties have tried three cases in Texas federal and state courts without settlement. There are no discussions.

2.  Has this dispute been formally mediated?        ☐ Yes   ☒ No
    If so, when?

3.  Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                    <u>Defendant</u>

☒ Yes ☐ No                                    ☐ Yes ☐ No

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 3                          **F 7016-1.STATUS.REPORT**

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<table>
<tr><td>Plaintiff</td><td>Defendant</td></tr>
<tr><td>☒ I do consent</td><td>☐ I do consent</td></tr>
<tr><td>☐ I do not consent</td><td>☐ I do not consent</td></tr>
<tr><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td></tr>
</table>

**G.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff had thought that the order setting a status hearing on October 7, 2025 (Docket No. 12) superseded this hearing on July 29. Plaintiff also believes that the filing of the First Amended Complaint supersedes the motion to dismiss set for August 26.

The First Amended Complaint is based on three cases already tried in Texas:

 1. Case Number 3:14-CV-03088-BF in the Northern District of Texas, judgment in favor of plaintiffs against defendant for $18,600,000, including fraud, breach of fiduciary duty, conspiracy, affirmed in Moss v. Princip, 913 F.3d 508 (5th Cir. 2019)

 2. Case Number 429-05678-2020, 429th Judicial District in Collin County, Texas, for amounts exceeding $1,000,000 for fraudulent transfer, civil conspiracy, aiding and abett9ng, conversion, civil theft, fraud, trespass. This judgment was not appealed and is final.

 3. Case Number DC-20-09893, 68th Judicial District in Dallas County, Texas, under the Texas Uniform Transfer Act and other causes of action. Judgment was entered for plaintiffs. On appeal, portions of the judgment were reversed and remanded to the trial court. The bankruptcy filing has stayed proceedings in the court. The bankruptcy court has to decide whether to lift the stay to allow remand to the Texas court or try the remanded issues in the bankruptcy court as part of this adversary proceeding.

The First Amended Complaint alleges other fraudulent transfers which will be the subject of discovery in this case.

Respectfully submitted,

Date: X̶X̶X̶X̶X̶X̶X̶X̶X̶ 07/23/2025

Mark S. Rosen
Printed name of law firm

Signature

Mark S. Rosen
Printed name

Attorney for: Plaintiffs

Date: _____

Printed name of law firm

Signature

Printed name

Attorney for: _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                     Page 4                     F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
___7/23/2025___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

tranesq@aol.com , trustee.bui@shulmanbastian.com, court@leelawyer.com,
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 7/23/2025 | Pattie Limon | *Pattie Limon* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.