FILED & ENTERED

AUG 11 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Brian Dennis Martin<br><br>Debtor(s). | Case No: 6:25-bk-10944-RB<br>Adv No: 6:25-ap-01055-RB<br>CHAPTER 7<br><br>**ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS** |
| David Tyler Moss et al.,<br><br>Plaintiff,<br>v.<br><br>Brian Dennis Martin,<br><br>Defendant. | **Continued Hearing Date and Time:**<br>Date:   September 23, 2025<br>Time:   2:00 p.m.<br>Courtroom: 303<br><br>Current Hearing Date and Time:<br>Date:   August 26, 2025<br>Time:   2:00 p.m.<br>Courtroom: 303<br><br>(In Person or Zoom Appearances) |

-1-

**PLEASE TAKE NOTICE** that Defendant's Motion to Dismiss set for hearing on August 26, 2025, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **September 23, 2025, at 2:00 p.m.**

###

Date: August 11, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge