United States Bankruptcy Court

Central District of California

Moss,
    Plaintiff

Martin,
    Defendant

Adv. Proc. No. 25-01055-RB

## CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Aug 11, 2025      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Mark Stuart Rosen, Attorney at Law, 27281 Las Ramblas, Suite 200, Mission Viejo, CA 92691, UNITED STATES 92691-8303 |
| dft | + | Brian Dennis Martin, 941 Cimarron Lane, Corona, CA 92879-8232 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ptnr | + | Email/Text: michael.berger@bankruptcypower.com | Aug 12 2025 01:12:00 | Michael Jay Berger, The Law Offices of Michael Jay Berger, 9454 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212-2980 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | David Tyler Moss |
| pla | | Fidelissimus, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynda T. Bui (TR) | |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 11, 2025 | Form ID: pdf031 | Total Noticed: 3 |

trustee.bui@shulmanbastian.com C115@ecfcbis.com

Michael Jay Berger
on behalf of Defendant Brian Dennis Martin michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
on behalf of Partner Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

**FILED & ENTERED**

**AUG 11 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>Brian Dennis Martin<br><br>    Debtor(s).<br><br>David Tyler Moss et al.,<br><br>    Plaintiff,<br>v.<br><br>Brian Dennis Martin,<br><br>    Defendant. | Case No:  6:25-bk-10944-RB<br>Adv No:   6:25-ap-01055-RB<br>CHAPTER 7<br><br>**ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS**<br><br>**Continued Hearing Date and Time:**<br>**Date:**  **September 23, 2025**<br>**Time:**  **2:00 p.m.**<br>**Courtroom:  303**<br><br>Current Hearing Date and Time:<br>Date:  August 26, 2025<br>Time:  2:00 p.m.<br>Courtroom:  303<br><br>(In Person or Zoom Appearances) |

-1-

**PLEASE TAKE NOTICE** that Defendant's Motion to Dismiss set for hearing on August 26, 2025, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **September 23, 2025, at 2:00 p.m.**

###

Date: August 11, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge