

**FILED & ENTERED**

**SEP 10 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Brian Dennis Martin<br><br>Debtor(s).<br><br>---<br><br>David Tyler Moss; Fidelissimus, LLC<br><br>Plaintiff,<br>v.<br><br>Brian Dennis Martin<br><br>Defendant. | Case No: 6:25-bk-10944-RB<br>Adv No:   6:25-ap-01055-RB<br>CHAPTER 7<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>**Continued Hearing Date and Time:**<br>**Date:        October 21, 2025**<br>**Time:        2:00 p.m.**<br>**Courtroom:  303**<br><br>Current Hearing Date and Time:<br>Date:        October 7, 2025<br>Time:        2:00 p.m.<br>Courtroom: 303<br><br>(In Person or Zoom Appearances) |

-1-

**PLEASE TAKE NOTICE** that Status Conference set for hearing on October 7, 2025, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **October 21, 2025, at 2:00 p.m.**

###

Date: September 10, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge