| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL JAY BERGER (State Bar # 100291)<br>SOFYA DAVTYAN (State Bar # 259544)<br>ANGELA N. GILL (State Bar #260928)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone:   (310) 271-6223<br>Facsimile:    (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com<br>Sofya.Davtyan@bankruptcypower.com<br>Angela.Gill@bankruptcypower.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for* Brian Dennis Martin | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE</u> DIVISION**

| In re: | |
|---|---|
| Brian Dennis Martin, | CASE NO.: 6:25-bk-10944-RB<br>CHAPTER: 7<br>ADVERSARY NO.: 6:25-ap-01055-RB |
| Debtor(s). | |
| David Tyler Moss and Fidelissimus, LLC<br><br>Plaintiff(s),<br>vs.<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: **BRIAN DENNIS MARTIN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CALIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P.12(b)(6) and FRBP 7012(b) COMPLAINT AS MOOT** |

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                        F 9021-1.2.ADV.NOTICE.LODGMENT

PLEASE TAKE NOTE that the order or judgment titled **ORDER DENYING BRIAN DENNIS MARTIN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CALIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P.12(b)(6) and FRBP 7012(b) COMPLAINT AS MOOT** was lodged on (date) 9/24/2025 and is attached. This order relates to the motion which is docket number 22.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 9021-1.2.ADV.NOTICE.LODGMENT



**Adversary LODGED ORDER UPLOAD FORM**

Wednesday, September 24, 2025

CONFIRMATION :

Your Lodged Order Info:

( **11332991.docx** )
A new order has been added

- **Office**: Riverside
- **Case Title**: Moss et al v. Martin
- **Case Number**: 25-01055
- **Judge Initial**: RB
- **Case Type**: ap ( Adversary )
- **Document Number**: 22
- **On Date**: 09/24/2025 @ 05:23 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
ANGELA N. GILL (State Bar #260928)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
Sofya.Davtyan@bankruptcypower.com
Angela.Gill@bankruptcypower.com

Counsel for Defendant
Brian Dennis Martin

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | ) | CASE NO.: 6:25-bk-10944-RB |
|---|---|---|
| BRIAN DENNIS MARTIN, | ) ) ) | Chapter 7 |
|  | ) | ADV. NO.: 6:25-ap-01055-RB |
| Debtor. | ) ) | **ORDER DENYING BRIAN DENNIS MARTIN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CALIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P.12(b)(6) and FRBP 7012(b) COMPLAINT AS MOOT** |
| DAVID TYLER MOSS and FIDELISSIMUS, LLC, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| vs. | ) ) |  |
| BRIAN DENNIS MARTIN, | ) ) |  |
| Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | *Hearing Held:*<br>Date: Sep. 23, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 303<br>    3420 Twelfth St.<br>    Riverside, CA 92501 |

1

ORDER DENYING DEFENDANT BRIAN DENNIS MARTIN'S MOTION TO DISMISS AS MOOT

On May 29, 2025, Brian Dennis Martin ("Defendant") filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) as incorporated by Federal Rule of Bankruptcy Procedure 7012(b) ("Motion to Dismiss"). (Dkt. 5). On June 6, 2025, Plaintiffs filed a First Amended Complaint. (Dkt. 11). On July 3, 2025, Defendant filed an Answer to Plaintiff's First Amended Complaint. (Dkt. 14). On September 23, 2025, the Court held a hearing on Defendant Brian Dennis Martin's Motion to Dismiss. Appearances were as noted on the record. For the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss Plaintiff's Complaint is denied as moot.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Lynda T. Bui (TR)**    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 9/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

David Tyler Moss & Fidelissimus, LLC
c/o Mark Stuart Rosen
Attorney at Law
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/24/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 3                    F 9021-1.2.ADV.NOTICE.LODGMENT