MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
ANGELA N. GILL (State Bar #260928)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
Sofya.Davtyan@bankruptcypower.com
Angela.Gill@bankruptcypower.com

Counsel for Defendant
Brian Dennis Martin

**FILED & ENTERED**

**SEP 29 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN DENNIS MARTIN,<br><br>                  Debtor.<br><br>DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>BRIAN DENNIS MARTIN,<br><br>                  Defendant. | CASE NO.: 6:25-bk-10944-RB<br><br>Chapter 7<br><br>ADV. NO.: 6:25-ap-01055-RB<br><br>**ORDER DENYING BRIAN DENNIS MARTIN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CALIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P.12(b)(6) and FRBP 7012(b) COMPLAINT AS MOOT**<br><br>*Hearing Held:*<br>Date:  Sep. 23, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 303<br>       3420 Twelfth St.<br>       Riverside, CA 92501 |

On May 29, 2025, Brian Dennis Martin ("Defendant") filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) as incorporated by Federal Rule of Bankruptcy Procedure 7012(b) ("Motion to Dismiss"). (Dkt. 5). On June 6, 2025, Plaintiffs filed a First Amended Complaint. (Dkt. 11). On July 3, 2025, Defendant filed an Answer to Plaintiff's First Amended Complaint. (Dkt. 14). On September 23, 2025, the Court held a hearing on Defendant Brian Dennis Martin's Motion to Dismiss. Appearances were as noted on the record. For the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss Plaintiff's Complaint is denied as moot.

### 

Date: September 29, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge