| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone: (310) 271-6223<br>Facsimile: (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com | |

☐ *Individual appearing without attorney*
☒ Attorney for: MOVANT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>BRIAN DENNIS MARTIN | CASE NO.: 6:25-bk-10944 / 6:25-ap-01055<br>CHAPTER: 7 |
|---|---|
| DAVID TYLER MOSS; FIDELISSIMUS, LLC<br><br>                                       Plaintiffs<br><br>v.<br><br>BRIAN DENNIS MARTIN<br><br>                                       Defendant<br><br>                                       Debtor(s). | **NOTICE OF MOTION FOR:**<br>MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF<br><br>*(Specify name of Motion)*<br><br>DATE: 10/21/2025<br>TIME: 2:00 pm<br>COURTROOM: 303<br>PLACE: 3420 Twelfth St. Riverside, CA 92501 |

1. TO (*specify name*): DEFENDANT AND ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                       Page 1                                       F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 09/30/2025

LAW OFFICES OF MICHAEL JAY BERGER
Printed name of law firm

_[signature]_
Signature

MICHAL JAY BERGER
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9013-1.1.HEARING.NOTICE

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Counsel for Defendant
Brian Dennis Martin

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN DENNIS MARTIN,<br><br>    Debtor.<br>_____<br>DAVID TYLER MOSS; FIDELISSIMUS, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>BRIAN DENNIS MARTIN,<br><br>    Defendant. | CASE NO.: 6:25-bk-10944-RB<br><br>Chapter 7<br><br>ADV. NO.: 6:25-ap-01055-RB<br><br>**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**<br><br>Date: Oct. 21, 2025<br>Time: 2:00 p.m.<br>Place: 3420 Twelfth St.<br>Courtroom 303<br>Riverside, California 92501 |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE CHAPTER 7 TRUSTEE, TO THE DEFENDANT, AND TO ALL INTERESTED PARTIES:**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Counsel hereby submits this motion (the "Motion") seeking an order approving the withdrawal of Law Offices of Michael Jay Berger ("Counsel"), as counsel of record for Brian Dennis Martin (the "Defendant") for the following reasons:

(1) Breakdown of the relationship between Defendant and Counsel, including threats made to Counsel[1]

(2) Failure to follow advice of Counsel;

(3) Defendant's failure to pay Counsel's fees and costs.

## II. FACTUAL BACKGROUND

On April 30, 2025, David Tyler Moss and Fidelissimus, LLC filed a Complaint initiating adversary case 6:25-ap-01055-RB against Defendant Brian Dennis Martin, initiating the instant adversary proceeding styled Moss v. Martin ("Adversary Proceeding"). The underlying bankruptcy case to the Adversary Proceeding is In re: Brian Dennis Martin, case no. 6:25-bk-10944-RB.

Counsel has represented the Defendant to the best of his ability. However, Counsel must withdraw from the Adversary Proceeding, because the relationship between Defendant and Counsel has broken down. Defendant has threatened counsel. The precise nature of the communications will not be disclosed due to the attorney-client privilege, but can be disclosed to the Court in camera, if necessary. Defendant is not cooperating with Counsel and has breached Paragraph 3 of Counsel's fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments that affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

---

[1] Due to the attorney-client privilege, the precise nature of the communications between Defendant and Counsel is being withheld but can be disclosed to the Court in camera, if necessary.

Counsel must withdraw from the Adversary Proceeding because the attorney-client relationship between the Defendant and Counsel has irreparably broken down.

### III. AUTHORITY FOR MOTION

Counsel moves the Court under Local Bankruptcy Rule 2091-1 and California Rule of Professional Conduct Rule 3-700(C) for an order granting Counsel's motion to withdraw as defense counsel for the Defendant.

### IV. ARGUMENT

Under Local Bankruptcy Rule 2091-1(a) "an attorney who has appeared on behalf of an entity in any matter concerning the administration of the case . . . may not withdraw as counsel except by leave of court." Local Bankruptcy Rule 2091-1(a)(1).

#### A. COUNSEL SHOULD BE GRANTED PERMISSIVE WITHDRAWAL BECAUSE OF DEFENDANT'S LACK OF COOPERATION

Rule 3-700(C) of the Rules of Professional Conduct govern when a Counsel *may* withdraw from representation in a case.

Here, permissive withdrawal under Rule 3-700(C) is applicable because Defendant has been uncooperative in connection with the Adversary Proceeding and has failed to take Counsel's advice on material matters.

Paragraph 8 of the Fee Agreement states, "DISCHARGE AND WITHDRAWAL. You may discharge me at any time. I may withdraw with your consent or for good cause as found by a court of law. Good cause includes, but is not limited to, your breach of this agreement, your refusal to cooperate with me or to follow my advice on a material matter, or any fact or circumstance which would render my continuing representation of you nonproductive, unlawful or unethical." (Emphasis added.)

In the instant case, Defendant has failed to take Counsel's advice on material matters, and threatened Counsel.

#### B. PERMISSIVE WITHDRAWAL SHOULD BE GRANTED BECAUSE DEFENDANT'S CONDUCT IN THE ADVERSARY PROCEEDING

## MAKES IT UNREASONABLY DIFFICULT FOR COUNSEL TO REPRESENT DEFENDANT EFFECTIVELY

Permissive withdrawal under Rule 3-700(C)(1)(d) is applicable. A member representing a client before a tribunal *may* withdraw from employment with the permission of the tribunal, if the client, by its conduct, renders it unreasonably difficult for Counsel to carry out the employment effectively.

In the Adversary Proceeding, permissive withdrawal is applicable because Defendant's lack of cooperation with Counsel renders it unreasonably difficult for Counsel to effectively represent the Defendant, since Counsel is unable to defend Defendant without Defendant's willingness to comply with his duties under the Retainer Agreement.

Counsel requires Defendant to cooperate so that counsel can assist and adequately represent the Defendant. Lack of cooperation is a violation of Section 3 of the Defendant's Retainer Agreement, which states:

> "CLIENT'S DUTIES. You agree to be truthful with me, to cooperate with me, to keep me informed of developments which affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

Defendant has failed to pay Counsel's bills on time and threatened Counsel.

Therefore, permissive withdrawal should be granted under 3-700(C)(1)(d) because of Defendant's lack of cooperation with Counsel in the instant Adversary Proceeding and the breakdown of the attorney-client relationship.

## V. CONCLUSION

WHEREFORE, based on the foregoing, Counsel requests an entry of order granting the Motion to Withdraw as Defendant's Counsel, as the attorney-client relationship

//
//
//

1  between the Defendant and Counsel has irreparably broken down.

3  DATED: Sep. 30, 2025               LAW OFFICES OF MICHAEL JAY BERGER

_____
By: Michael Jay Berger
Counsel for Defendant
Brian Dennis Martin

### DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare as follows:

1. I am the attorney for Brian Dennis Martin (the "<u>Defendant</u>"), defendant in the adversary proceeding styled Moss v. Martin, adversary case no. 6:25-ap-01055-RB.

2. I have personal knowledge of the facts set forth herein. If called as a witness herein, I could and would testify competently and truthfully as set forth herein.

3. On April 30, 2025, David Tyler Moss and Fidelissimus, LLC filed a Complaint initiating adversary case 6:25-ap-01055-RB against Defendant Brian Dennis Martin initiating the instant adversary proceeding. The underlying bankruptcy case to the Adversary Proceeding is In re: Brian Dennis Martin, case no. 6:25-bk-10944-RB.

4. I have represented the Defendant to the best of my ability. However, I must withdraw from the Adversary Proceeding, because Defendant is not cooperating with me and has breached Paragraph 3 of my fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments that affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

5. Defendant has not followed my advice on material matters and has threatened me.

6. Due to the attorney-client privilege, the precise nature of the communications cannot be disclosed, but may be disclosed to the Court in camera.

7. I must withdraw from the Adversary Proceeding because the attorney-client relationship between the Defendant and myself has irreparably broken down.

8. Permissive withdrawal is also applicable because Defendant's lack of cooperation with me renders it unreasonably difficult for me to effectively represent the Defendant, since I am unable to represent Defendant in the Adversary Proceeding without his willingness to fulfill his duties under the Retainer Agreement.

9. Defendant has failed to abide by his duties under the Retainer Agreement, and has failed to pay my bills on time.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on Sep. 30, 2025 at Beverly Hills, California.

_____
Michael Jay Berger

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion and Motion to Withdraw as Defendant's Counsel; Declaration of Michael Jay Berger in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/30/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Defendant's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 9/30/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Defendant
Brian Dennis Martin
941 Cimarron Lane
Corona, CA 92879

Mark Stuart Rosen
Attorney at Law
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _9/30/2025_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bordeaux
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**