| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone:    (310) 271-6223<br>Facsimile:    (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com<br><br>Attorney for Movant<br>☐ | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br><br><br>                                                    Debtor(s). | CASE NO.:<br>6:25-bk-10944<br><br>CHAPTER:<br>7 |
|---|---|
| David Tyler Moss; Fidelissimus, LLC<br><br>                                        Plaintiff(s)<br>v.<br><br>Brian Dennis Martin<br>                                        Defendant | ADV. NO. 6:25-ap-01055<br><br><br><br>**SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**<br><br>HEARING DATE:<br>**10/21/25**<br>HEARING TIME:<br>**2:00 p.m.** |
| **Movant: LAW OFFICES OF MICHAEL JAY BERGER** | |

1. Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held on the date and time indicated above in the above-captioned case, before the Honorable Magdalena Reyes Bordeaux, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

    ***MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL; DECLARATION IN SUPPORT THEREOF***

2. **Please be advised that the Court will conduct the hearing in person and remotely using ZoomGov audio and video technology.** Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals attending the hearing remotely may connect to ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals attending the hearing remotely also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. A Zoom or ZoomGov account is **NOT** necessary to remotely participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and will constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/s/1617286588

    Meeting ID: **161 728 6588**

    Password: 3032025

    Telephone: 1 (669) 254-5252 or (646) 828-7666

10. More information on using ZoomGov to participate remotely in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

Date: 9/30/2025

LAW OFFICES OF MICHAEL JAY BERGER
Printed name of law firm (if applicable)

MICHAEL JAY BERGER
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **Supplemental Notice of Hearing to be Held Remotely Using ZoomGov Audio and Video** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/30/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Defendant's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 9/30/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant
Brian Dennis Martin
941 Cimarron Lane
Corona, CA 92879

Mark Stuart Rosen
Attorney at Law
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _9/30/2025_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bordeaux
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              F 9013-3.1.PROOF.SERVICE