| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARK S. ROSEN   (SBN 72431)<br>Attorney at Law<br>27281 Las Ramblas, Ste. 200<br>Mission Viejo, CA 92691<br>714-285-9838<br>marksrosen@aol.com<br><br>VAN T. TRAN  (SBN 174264)<br>Attorney at Law<br>1502 N. Broadway<br>Santa Ana, CA 92701<br>949-260-8404<br>☐ Individual appearing without attorney<br>☒ Attorney for: Plaintiffs | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>Brian Dennis Martin<br><br>Debtor(s). | CASE NO.:    6-25-bk-10944-MH<br>ADVERSARY NO.: 6-25-ap-01055-RB<br>CHAPTER:    7 |
|---|---|
| David Tyler Moss and Fidelissimus, LLC<br><br>Plaintiff(s).<br>vs.<br>Brian Dennis Martin<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:           10/21/2025<br>TIME:           2:00 p.m.<br>COURTROOM: 303<br>ADDRESS:     3420 Twelfth Avenue<br>                       Riverside, CA 92501 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes   ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 Page 1                                                     F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything _other_ than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|
    | In four months | In four months. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | | |

3. When do you expect to complete _your_ discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | In the next four months, subject to motions to compel from subpoenaed nonparties | Within 3 months. |

4. What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | Discovery of hidden assets | Requests for productions of documents, interrogatories may be necessary. |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present _your side of the case_ at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|
    | Two days | 2-3 days. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    | Plaintiff | Defendant |
    |---|---|
    | Unknown. Much of plaintiff's case is based on judgments already entered against defendant in other courts, but the concealment of assets may require multiple witnesses. | Unknown at this time. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 2                              F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   **Plaintiff**
   Three exhibits to show rulings in other courts; unknown as to concealment of ass4ets

   **Defendant**
   Unknown at this time.

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

**Plaintiff**
Pretrial conference ☒ is ☐ is not requested
Reasons:
To clarify the issuews before the court and to determine if any part of the case should be remanded to the Texas state court.

**Defendant**
Pretrial conference ☒ is ☐ is not requested
Reasons:

**Plaintiff**
Pretrial conference should be set after:
(date) 01/01/2026

**Defendant**
Pretrial conference should be set after:
(date) 1/5/2026

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties tried the three underlying cases without settlement. Any settlement may have to wait to see if defendant gets new counsel.

   For Defendant: the parties have not engaged in any settlement discussions; counsel for Defendant has filed a motion to withdraw; Defendant may need additional time to obtain new counsel.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   **Plaintiff**
   ☐ Yes  ☒ No

   **Defendant**
   ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                Page 3                F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The First Amended Complaint is based on three cases already tried in Texas:

1. Case Number 3:14-CV-03088-BF in the Northern District of Texas, judgment in favor of plaintiffs against defendant for $18,600,000, including fraud, breach of fiduciary duty, conspiracy, affirmed in Moss v Princip, 913 F.3d 508 (5th Cir. 2019)

2. Case Number 429-05678-2020, 429th Judicial District in Collin County, Texas, for amounts exceeding $1,000,000 for fradulent transfer, civil conspiracy, aiding and abetting, conversion, civil theft, fraud, trespass. This judgment was not appealed and is final.

3. Case Number DC-20-09893, 68th Judicial District in Dallas County, Texas, under the Texas Uniform Transfer Act and other causes of action. Judgment was entered for plaintiffs. On appeal, portions of the judgment were reversed and remanded to the trial court. The bankruptcy filing has stayed proceedings in the court.

Plaintiffs believe that the judgments in the first two cases are conclusive on nondischareability of the debt. In the third case, the automatic stay should be lifted so the case can be retried in Texas. (The alternative is to try the case in the bankruptcy court.). This would leave the issue of the dischargeability of the debtor to be tried in this court.

For Defendant: Case 3:14-cv-03088-BF is on appeal at the 5th Circuit Court of Appeals, case no. 24-10848. The appellate proceedings are stayed due to the bankruptcy filing, but Defendant may wish to prosecute the appeal. Defendant has counsel representing him on appeal.

Respectfully submitted,

| | |
|---|---|
| Date: 10/7/25 | Date: 10/7/25 |
| Mark S. Rosen | Law Offices of Michael Jay Berger |
| Printed name of law firm | Printed name of law firm |
| *[signature]* | *[signature]* |
| Signature | Signature |
| Mark S. Rosen | Angela N. Gill |
| Printed name | Printed name |
| Attorney for: Plaintiffs | Attorney for: Brian Martin, Defendant |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

27281 Las Ramblas, Ste 200, Mission Viejo CA 92691

A true and correct copy of the foregoing document entitled (*specify*): JOINT STATUS REPORT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/08/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR), trustee.bui@shulmanbastian.com, Paul Y Lee, court@leelawyer.com, United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov; michael.berger@bankruptcypower.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/08/2025 | PATTIE LIMON | *Pattie Limon* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          F 9013-3.1.PROOF.SERVICE