| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Sofya Davtyan (SBN 259544)<br>Angela N. Gill (SBN 260928)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.Berger@bankruptcypower.com<br>Sofya.Davtyan@bankruptcypower.com<br>Angela.Gill@bankruptcypower.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Brian Dennis Martin | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re:<br><br>BRIAN DENNIS MARTIN<br><br>Debtor(s). | CASE NO.: 6:25-bk-10944-RB<br>CHAPTER: 7<br>ADVERSARY NO.: 6:25-ap-01055-RB |
|---|---|
| DAVID TYLER MOSS AND FIDELISSIMUS, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>BRIAN DENNIS MARTIN,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: **MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL** |

PLEASE TAKE NOTE that the order or judgment titled **MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL** was lodged on *(date)* 10/24/2025 and is attached. This order relates to the motion which is docket number 32.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012        Page 1        F 9021-1.2.ADV.NOTICE.LODGMENT

 **Adversary LODGED ORDER UPLOAD FORM**

Friday, October 24, 2025

CONFIRMATION :

Your Lodged Order Info:
( 11335057.docx )
A new order has been added

- **Office**: Riverside
- **Case Title**: Moss et al v. Martin
- **Case Number**: 25-01055
- **Judge Initial**: RB
- **Case Type**: ap ( Adversary )
- **Document Number**: 32
- **On Date**: 10/24/2025 @ 02:56 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
ANGELA N. GILL (State Bar #260928)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
Sofya.Davtyan@bankruptcypower.com
Angela.Gill@bankruptcypower.com

Counsel for Defendant
Brian Dennis Martin

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | CASE NO.: 6:25-bk-10944-RB |
| BRIAN DENNIS MARTIN, | Chapter 7 |
| | ADV. NO.: 6:25-ap-01055-RB |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL** |
| DAVID TYLER MOSS and FIDELISSIMUS, LLC, | |
| Plaintiffs, | |
| vs. | *Hearing Held:* |
| BRIAN DENNIS MARTIN, | Date: Oct. 21, 2025 |
| | Time: 2:00 p.m. |
| Defendant. | Place: Courtroom 303 |
| | 3420 Twelfth St. |
| | Riverside, CA 92501 |

1 | The Court, held a hearing on the Motion to Withdraw as Defendant's Counsel (the "Motion") [Dkt. 32] for Defendant Brian Dennis Martin, filed by the Law Offices of Michael Jay Berger, on October 21, 2025. Appearances were as noted on the record. For the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Defendant's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 10/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant
Brian Dennis Martin
941 Cimarron Lane
Corona, CA 92879

Mark Stuart Rosen
Attorney at Law
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**