**FILED & ENTERED**

FEB 05 2026

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Brian Dennis Martin<br><br><br>Debtor(s).<br><br>———<br><br>David Tyler Moss; Fidelissimus, LLC<br><br>Plaintiff,<br>v.<br><br>Brian Dennis Martin<br><br>Defendant. | Case No: 6:25-bk-10944-RB<br><br>Adv No:  6:25-ap-01055-RB<br><br>CHAPTER 7<br><br>**ORDER CONTINUING STATUS CONFERENCE AND MOTION FOR ALTERNATIVE SERVICE ON NON-PARTY ROBERT D. WILSON**<br><br>**Continued Hearing Date and Time:**<br>**Date:**    **March 24, 2026**<br>**Time:**    **2:00 p.m.**<br>**Courtroom:  303**<br><br><br>Current Hearing Date and Time for the Status Conference Hearing:<br>Date:    February 10, 2026<br>Time:    2:00 p.m.<br>Courtroom: 303<br><br>Current Hearing Date and Time for the Motion for Alternative Service Hearing:<br>Date:    March 10, 2026<br>Time:    2:00 p.m.<br>Courtroom: 303<br><br>(In Person or Zoom Appearances) |

1     **PLEASE TAKE NOTICE** the Status Conference set for hearing on February 10,
2026, at 2:00 p.m. and the Motion for Alternative Service on a Non-Party Robert D.
Wilson set for hearing on March 10, 2026, at 2:00 p.m., in Courtroom 303 at the
Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be
continued to **March 24, 2026, at 2:00 p.m.**

###

Date: February 5, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge