## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In Re BRIAN DENNIS MARTIN    ) Chapter 7
                             )
                             ) Case No. 6:25-bk-10944-MH
     Debtor,                 ) Adversary No.6:25-ap-01055-RB
                             )
_____      )
                             )
DAVID TYLER MOSS and FIDELISSIMUS, )
LLC,                         )
                             ) **ORDER GRANTING MOTION TO**
     Plaintiffs,             ) **COMPEL COMPLIANCE WITH**
                             ) **SUBPOENA FOR CAROLYN MARIE**
     vs.                     ) **MARTIN**
                             )
BRIAN DENNIS MARTIN,         )
                             )
     Defendant.              )
_____      )
                             )

The Motion to Compel Carolyn Marie Martin's Compliance with Subpoena filed by Plaintiffs David Tyler Moss and Fidelissimus, LLC on September 30, 2025, came before the Court for hearing. Having considered the motion, all pleadings and papers on file in this action, and noting the Court's ruling on January 27, 2026, the Court finds that good cause exists to grant the requested relief.

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Compel Compliance with the Subpoena for Carolyn Martin is **GRANTED**.

2. Carolyn Marie Martin is ordered to fully comply with the subpoena issued on August 6, 2025.

3. Such compliance shall be in accordance with Fed. R. Civ. P. 45, incorporated by Fed. R. Bankr. P. 9016.

4. Carolyn Marie Martin shall produce, within **21** days of the entry of this Order all documents responsive to the August 6, 2025, subpoena, including financial records and tax returns from

2016 – present.


Date: _____


_____
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

PROOF OF MAIL AND ELECTRONIC SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service I was over 18 years of age and not a party to this action. My email address is PattieLegalAsst@aol.com and my business address is 27281 Las Ramblas, Ste 200, Mission Viejo, California 92691.

On April 3, 2026, I served the following documents: ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR CAROLYN MARIE MARTIN

I served the documents on the person(s) below as follows:

Brian Dennis Martin
941 Cimarron Lane
Corona CA 92879
xbrianmartinx@gmail.com

Carolyn Martin
10675 Bryant St, Spc 14
Yucaipa CA 92399

Lynda T. Bui (TR), trustee.bui@shulmanbastian.com,

Paul Y Lee, court@leelawyer.com,

United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov


The documents were served by the following means (specify):

(X ) BY MAIL: I enclosed the documents in a sealed envelope or package addressed to the addressee above and (specify one): ( ) deposited the sealed envelope with the United States Postal Service with postage fully prepaid; or ( X ) placed the envelope for collection and mailing, following our ordinary business practice for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Mission Viejo, California.

( X )  BY EMAIL:  electronic service: I electronically served the documents to the addressee listed above at the addressee's email address listed above

Executed this April 3, 2026 at Mission Viejo, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Pattie Limon_
PATTIE LIMON