| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARK S. ROSEN (S.B.N. 72431)<br>Attorney at Law<br>27281 Las Ramblas, Ste. 200<br>Mission Viejo, California 92691<br>Tel: (714) 285-9838<br>marksrosen@aol.com<br><br>VAN T. TRAN (S.B.N. 174264)<br>Attorney at Law<br>1502 N. Broadway<br>Santa Ana, California 92701<br>Tel: (949) 260-8404; tranesq@aol.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* David Moss, Fidelissimus LLC | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>In Re BRIAN DENNIS MARTIN | CASE NO.: Adversary No.6:25-ap-01055-RB |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF MOTION FOR:**<br><br>COMPEL COMPLIANCE WITH SUBPOENA TO BITCOIN DEPOT OPERATING, LLC.<br><br><br><br>*(Specify name of Motion)* |
| | DATE: 04/21/2026<br>TIME: 2:00 pm<br>COURTROOM: 303<br>PLACE: 3420 12th Ave., Riverside CA |
| Debtor(s). | |

1.  TO *(specify name)*: BITCOIN DEPOT OPERATING, LLC.

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  04/03/2026

Attorney at Law
Printed name of law firm

Signature

MARK S. ROSEN
Printed name of attorney

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
27281 Las Ramblas, Ste. 200 Mission Viejo, California 92691

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 COMPEL COMPLIANCE WITH SUBPOENA TO KEVIN MARTIN AND FORCE MEDIA, LLC

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/03/2026  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR), trustee.bui@shulmanbastian.com,   Paul Y Lee, court@leelawyer.com,
United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 04/03/2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Brian Dennis Martin 941 Cimarron Lane Corona CA 92879
Carolyn Martin 10675 Bryant St, Spc 14 Yucaipa CA 92399

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/03/2026 | PATTIE LIMON | *Pattie Limon* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN<br><br>   Debtor,<br>_____<br><br>DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>   Plaintiffs,<br><br>   vs.<br><br>BRIAN DENNIS MARTIN,<br><br>   Defendant.<br>_____ | Chapter 7<br><br>Case No. 6:25-bk-10944-MH<br>Adversary No.6:25-ap-01055-RB<br><br>**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO BITCOIN DEPOT OPERATING, LLC** |

– 1 –

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs David Tyler Moss and Fidelissimus, LLC ("Plaintiffs"), by and through undersigned counsel, respectfully move this Court for an order compelling compliance with a subpoena issued pursuant to Fed. R. Civ. P. 45 and Fed. R. Bankr. P. 9016 to non-party Bitcoin Depot Operating, LLC.

## I. BACKGROUND

Plaintiffs are actively tracing concealed assets belonging to the bankruptcy estate of Debtor Brian Dennis Martin. Evidence has emerged confirming that the Debtor utilized third-party cryptocurrency kiosks to convert substantial amounts of cash into Bitcoin to evade creditors.

Specifically, documentary evidence reveals that on March 23, 2022, a Bitcoin Depot kiosk was used to purchase 0.27669341 Bitcoin using $14,100 in cash (transaction number: c34bb121cd). The very next day, on March 24, 2022, an additional 0.16822251 Bitcoin was purchased using $8,900 in cash (transaction number: 6182421d36). These transactions correspond to the cryptocurrency wallet addresses:

"bc1q6uxkjmgf8wcnvsf0q23aguwe27vsBmhhquupzd" and

"bc1q4l8vuzs3y8vnwarinpomejfjc5cmr89m8lyr92," respectively.

Communications linked to the Debtor explicitly reference these receipts and indicate that his mother facilitated the transaction, noting, "I got them from my mom I'm sending them now." *See* Ex. 3.

To trace the destination of this $23,000 in concealed cash, Plaintiffs caused a subpoena to be issued to Bitcoin Depot Operating, LLC on August 12, 2025. The subpoena was duly served via personal service upon Cogency Global Inc., Registered Agent for Bitcoin Depot, on August 13, 2025. *See* Ex. 1, Ex. 2.

The subpoena required the production of documents relating to the Debtor and specific transaction IDs, including Know Your Customer (KYC) identity records, camera/video logs from the

---

kiosks in question, associated phone numbers (including any SMS verification logs), and complete blockchain transaction hashes for the identified wallet addresses.

Despite valid service and the expiration of the August 29, 2025 compliance deadline, Bitcoin Depot Operating, LLC has not responded, produced documents, or served any written objections.

## II. ARGUMENT

Plaintiffs have satisfied all requirements for relief. The subpoena was properly issued and served, yet the recipient has completely ignored its obligations. By failing to serve timely objections, Bitcoin Depot Operating, LLC has waived any objections to the subpoena, including any claim of burden, privilege, or overbreadth.

Plaintiffs are severely prejudiced by this noncompliance. Cryptocurrency transactions by their nature are designed to obscure the identity of the asset holder. The requested records—particularly the KYC documentation and video logs captured by the Bitcoin Depot kiosk at the exact times of the transactions—are the primary links between the Debtor's hidden cash and the anonymous digital wallets holding the estate's funds. This evidence is critical to Plaintiffs' claims under 11 U.S.C. § 727.

Accordingly, the Court should compel compliance, set a firm deadline, and award Plaintiffs their reasonable expenses incurred in connection with serving the subpoena and bringing this Motion.

## III. RELIEF REQUESTED

Plaintiffs respectfully request that this Court enter an order:

1. Compelling Bitcoin Depot Operating, LLC to fully comply with the subpoena within fourteen (14) days of the Court's order, or by a date certain set by the Court;

2. Ordering that Bitcoin Depot Operating, LLC produce all responsive Electronically Stored Information (ESI) in native format, unencrypted, unredacted, and accompanied by standard load files containing full metadata;

—3—

3. Awarding Plaintiffs their reasonable attorneys' fees and expenses incurred in connection with the issuance, service, and enforcement of the subpoena, including this Motion;

4. Providing that failure to comply with the Court's order may result in contempt sanctions pursuant to Rule 45(g); and

5. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Mark S. Rosen

Mark S. Rosen

Dated: April 3, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, a true and correct copy of the foregoing Notice of Motion to Compel Compliance with Subpoenas was served upon all counsel of record and parties in this adversary proceeding by CM/ECF electronic filing.

/s/ Mark S. Rosen

MARK S. ROSEN

# EXHIBIT REGISTER

| Exhibit | Description |
|---|---|
| Exhibit 1 | Subpoena to Produce Documents Issued to Bitcoin Depot Operating, LLC (Dated August 12, 2025) |
| Exhibit 2 | Proof of Service of Subpoena upon Cogency Global Inc., Registered Agent for Bitcoin Depot Operating, LLC (Served August 13, 2025) |
| Exhibit 3 | Evidence of Bitcoin Purchases (Chat Logs and Bitcoin Depot Kiosk Receipts dated March 23 and March 24, 2022) |

# EXHIBIT 1

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In Re BRIAN DENNIS MARTIN                )    Chapter 7
                                         )
                                         )    Case No. 6:25-bk-10944-MH
        Debtor,                          )    Adversary No.6:25-ap-01055-RB
                                         )
_____         )
                                         )
DAVID TYLER MOSS and FIDELISSIMUS,       )    **Notice of Issuance of Subpoenas to Produce**
LLC,                                     )    **Documents to:**
                                         )    **Bitcoin Depot Operating, LLC**
        Plaintiffs,                      )
                                         )
        vs.                              )
                                         )
BRIAN DENNIS MARTIN,                     )
                                         )
        Defendant.                       )
_____         )
                                         )
                                         )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

_____

– 1 –

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, as incorporated by Federal Rule of Bankruptcy Procedure 9016, Plaintiffs DAVID TYLER MOSS and FIDELISSIMUS, LLC have caused a subpoena to produce documents to be issued to:

**Bitcoin Depot Operating, LLC**
Registered Agent: Corporation Service Company
Address: 211 E. 7th Street, Suite 620, Austin, TX 78701

This subpoena commands the production of specified documents and records within 14 days of service. Copies of the subpoenas are served concurrently with this notice in accordance with Rule 45(a)(4).

Dated: August 6, 2025

Respectfully submitted,

/s/ Mark S. Rosen

MARK S. ROSEN

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, a true and correct copy of the foregoing **Notice of Issuance of Subpoena to Produce Documents to Bitcoin Depot Operating, LLC.,** was served upon all counsel of record and parties in this adversary proceeding by CM/ECF electronic filing.

/s/ Mark S. Rosen
MARK S. ROSEN

–2–

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel:  (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN<br><br>Debtor,<br><br>——————————————<br><br>DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN DENNIS MARTIN,<br><br>Defendant.<br>——————————————| Chapter 7<br><br>Case No. 6:25-bk-10944-MH<br>Adversary No.6:25-ap-01055-RB<br><br>**SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FED. R. CIV. P. 45 AND FED. R. BANKR. P. 9016** |

– 3 –

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

In re: Brian Dennis Martin, Debtor

Case No. 6:25-bk-10944-MH

Adversary Proceeding No. 6:25-ap-01055-RB

Chapter 7
**TO: Bitcoin Depot Operating, LLC**
Registered Agent: Corporation Service Company
Address: 211 E. 7th Street, Suite 620, Austin, TX 78701

YOU ARE HEREBY COMMANDED to produce the following documents to the offices of Mark S. Rosen or Van T. Tran, attorneys for Plaintiffs David Tyler Moss and Fidelissimus, LLC, within 14 days of service of this subpoena, pursuant to Federal Rule of Civil Procedure 45, as made applicable by Federal Rule of Bankruptcy Procedure 9016:

## DEFINITIONS

1. **"Debtor"** refers to **Brian Dennis Martin**, the individual debtor in the related bankruptcy or adversary proceeding.
2. **"Associated Individuals and Entities"** means and includes:
   o **Keith Martin**
   o **Christine Martin**
   o **Marko Princip**
   o **Holly Bone-Martin** aka **Holly Martin**
   o **Kevin Martin**
   o **Force Media, LLC**
   o **Thurisaz Ventures, LLC**
   o **Vonotobell Asset Management**
   o **Vonotbell**
   o **Carolyn Marie Martin**
   o **David Preciado Martin**
3. **"Crypto ATM Transaction"** means any interaction (e.g., deposit, withdrawal, purchase, or sale of cryptocurrency) conducted at or through a Bitcoin Depot kiosk, terminal, or affiliated location, including any transaction involving wallet address scans, QR code generation, SMS verification, ID verification, or cash payments.
4. **"KYC Information"** means all documentation, images, or metadata collected to verify a user's identity, including:

-4-

- o Scanned identification (driver's license, passport, etc.);
- o Photos/selfies captured at the kiosk;
- o Phone numbers or email addresses used for verification;
- o Any other identifying materials linked to a transaction.

5. **"Wallet Address"** means any public blockchain address or QR code used to send, receive, or hold cryptocurrency, including Bitcoin, Ethereum, USDT, or other tokens supported by Bitcoin Depot.

6. **"Relevant Time Period"** means **January 1, 2016 through the present**, which reflects the period during which the Debtor and Associated Individuals and Entities are suspected of engaging in asset transfers or concealment.

## REQUESTS FOR PRODUCTION

**Request No. 1 – Account and KYC Identification**

Documents sufficient to identify any transaction involving the Debtor or Associated Individuals and Entities during the Relevant Time Period, including:

- Verified names, phone numbers, email addresses, or wallet addresses;
- Government-issued ID scans or photographs;
- Photos or stills captured at the ATM;
- Any linked customer profile records, including timestamps and account IDs.

**Request No. 2 – Transaction Records**

All transaction logs involving the Debtor or Associated Individuals and Entities, including:

- Date, time, and location of each transaction;
- Type of transaction (buy, sell, deposit, withdrawal);
- Cryptocurrency involved;
- Amount of cryptocurrency and fiat currency exchanged;
- Wallet addresses involved;
- Transaction or reference ID.

**Request No. 3 – ATM Location and Device Data**

Documents sufficient to show:

- The location of each ATM/kiosk where a transaction occurred;
- ATM identifier (e.g., machine number or IP);
- Geolocation logs or ATM deployment logs related to Texas or nearby areas;
- Device type or software version, if linked to transaction metadata.

-5-

**Request No. 4 – Payment and Cash Handling Records**

Documents showing:

- Cash-in or cash-out logs for each transaction;
- ATM reconciliation records or cash refill history at relevant kiosks;
- Payment method information (e.g., if debit card or other means was used);
- Any receipts issued or available for retrieval.

Failure to comply with this subpoena may subject you to sanctions by the Court.

Date: August 6, 2025.

Mark S. Rosen (SBN 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, CA 92691
Tel: (714) 285-9838
marksrosen@aol.com

# EXHIBIT 2

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Mark S. Rosen, Esq. (SBN 72431)<br>Mark S. Rosen, Attorney at Law<br>27281 Las Ramblas Suite 200<br>Mission Viejo, CA 92691<br>Telephone No:   714-285-9838 | | |
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>Moss v Martin | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| USBC-Central District of California, Riverside Division |

| Plaintiff:   DAVID TYLER MOSS and FIDELISSIMUS, LLC |
|---|
| Defendant:   BRIAN DENNIS MARTIN |

| PROOF OF SERVICE | Hearing Date:<br>8/29/25 | Time: | Dept/Div: | Case Number:<br>6:25-ap-01055-RB |
|---|---|---|---|---|

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the Notice of Issuance of Subpoenas to Produce Documents to: Bitcoin Depot Operating, LLC ; Subpoena to Produce Documents Pursuant to FED. R. CIV. P. 45 and FED. R. BANKR. P. 9016

3.   a.   Party served:    Bitcoin Depot Operating, LLC
     b.   Person served:   Barbara Baine, SOP administrative specialist I for Cogency Global, Registered Agent

4.   Address where the party was served:   1325 J Street Suite 1550, Sacramento, CA 95814

5.   I served the party:
     a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 13 2025 (2) at: 03:47 PM

Recoverable cost Per CCP 1033.5(a)(4)(B)

6. Person Who Served Papers:
   a. Michael Morris (2012-33, Sacramento)
   b. FIRST LEGAL
      1000 G Street, Suite 120
      SACRAMENTO, CA 95814
   c. (916) 444-5111

   d. The Fee for Service was:
   e. I am: A Registered California Process Server

7.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

08/14/2025
(Date)

_(Signature)_



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF
SERVICE

13922609
(410960)

# EXHIBIT 3



**BITCOIN DEPOT**    Bitcoin Purchase

Date: 2022-03-23 10:06

Transaction ID  c34bb12ica

Address.
bc1q6uxkjmgf8wcnvsf0q23agu...e27vs8mnns..ucc3
Exchange rate. 550945 92+0 00007066 BTC fee

Cash tendered  $14100

Bitcoin purchased  0 27669341

Kiosk operated by Bitcoin Depot

Phone support: 678-435-9604

Email support  support@BitcoinDepot com

Website. BitcoinDepot com

# Thank you

⬡ BITCOIN DEPOT    Bitcoin Purchase

Date 2022-03-24 16:32

Transaction ID  6182424dbb

Address
bc1q4l8vuzs3y8vnwatnpomelljc5cmrB9mBlyr9z

Exchange rate  $52884.72 to 0.0006807 BTC fee

Cash tendered  $8900

Bitcoin purchased  0.16822251

Kiosk operated by Bitcoin Depot

Phone support  678-435-9604

Email support  support@BitcoinDepot.com

Website  BitcoinDepot.com

# Thank you