<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MARK S. ROSEN (S.B.N. 72431)<br>Attorney at Law<br>27281 Las Ramblas, Ste. 200<br>Mission Viejo, California 92691<br>Tel:  (714) 285-9838<br>marksrosen@aol.com<br><br>VAN T. TRAN (S.B.N. 174264)<br>Attorney at Law<br>1502 N. Broadway<br>Santa Ana, California 92701<br>Tel: (949) 260-8404; tranesq@aol.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: David Moss, Fidelissimus LLC</td><td>FOR COURT USE ONLY</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

<table>
<tr><td>In re:<br><br>In Re BRIAN DENNIS MARTIN<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s).</td><td>CASE NO.: Adversary No.6:25-ap-01055-RB<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:**<br>COMPEL COMPLIANCE WITH SUBPOENA TO KEVIN MARTIN AND FORCE MEDIA, LLC<br><br><br>(*Specify name of Motion*)<br><br>DATE: 04/21/2026<br>TIME:  2:00 pm<br>COURTROOM: 303<br>PLACE: 3420 12th Ave., Riverside CA</td></tr>
</table>

1.  TO (*specify name*): KEVIN MARTIN AND FORCE MEDIA, LLC.

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  04/03/2026

Attorney at Law
Printed name of law firm

Signature

MARK S. ROSEN
Printed name of attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27281 Las Ramblas, Ste. 200 Mission Viejo, California 92691

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
COMPEL COMPLIANCE WITH SUBPOENA TO KEVIN MARTIN AND FORCE MEDIA, LLC

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/03/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR), trustee.bui@shulmanbastian.com, Paul Y Lee, court@leelawyer.com,
United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/03/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Brian Dennis Martin 941 Cimarron Lane Corona CA 92879
Carolyn Martin 10675 Bryant St, Spc 14 Yucaipa CA 92399

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/03/2026 | PATTIE LIMON | *Pattie Limon* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012      Page 3      **F 9013-1.1.HEARING.NOTICE**

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In Re BRIAN DENNIS MARTIN

     Debtor,

_____

DAVID TYLER MOSS and FIDELISSIMUS, LLC,

     Plaintiffs,

     vs.

BRIAN DENNIS MARTIN,

     Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 7

Case No. 6:25-bk-10944-MH
Adversary No.6:25-ap-01055-RB

**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO KEVIN MARTIN AND FORCE MEDIA, LLC.**

– 1 –

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs David Tyler Moss and Fidelissimus, LLC ("Plaintiffs"), by and through undersigned counsel, respectfully move this Court for an order compelling compliance with subpoenas issued pursuant to Fed. R. Civ. P. 45 and Fed. R. Bankr. P. 9016 to non-parties Kevin Martin and Force Media, LLC.

## I. BACKGROUND

Plaintiffs are actively tracing concealed assets belonging to the bankruptcy estate of Debtor Brian Dennis Martin. Documentary evidence and prior court rulings have conclusively established that the Debtor has utilized his brother, Kevin Martin, and Kevin Martin's company, Force Media, LLC, to receive, hold, and conceal hundreds of thousands of dollars to evade creditors.

The connection between the Debtor and these third parties is not speculative. Force Media, LLC previously served as the conduit to receive distributions from Google and YouTube for monetized videos created and controlled by the Debtor. Kevin Martin has previously admitted to holding approximately $297,000 belonging to Brian Martin.

Furthermore, in a related state court proceeding (*Moss v. Bone-Martin*, Cause No. DC-22-03943, 68th Judicial District, Dallas County, Texas), the court issued a Final Order Concerning Garnished Funds on June 10, 2024, followed by a Modified Order on June 25, 2024. *See* **Ex. 5, Ex. 6.** These Orders explicitly identified Force Media, LLC and Kevin Martin as "Nominal Owners" holding the Debtor's funds in JPMorgan Chase Bank accounts. The Texas court subsequently ordered the garnishment and deposit of $287,823.59 from Force Media, LLC's account and $419.60 from Kevin Martin's account directly into the court's registry to satisfy judgments against the Debtor.

To trace the remaining flow of these concealed assets and identify additional accounts used to shield the Debtor's income, Plaintiffs caused subpoenas to be issued to both Kevin Martin and Force

Media, LLC on August 6, 2025. The subpoenas were duly served at their registered address at 941 Cimarron Lane, Corona, CA 92879. *See* Ex. 1, Ex. 2.

The subpoenas required the production of documents relating to the Debtor, including records of financial transactions, shared business dealings, communications regarding asset concealment, and statements for accounts used by the Debtor. Despite valid service and the expiration of the August 29, 2025 compliance deadline, neither Kevin Martin nor Force Media, LLC has responded, produced documents, or served any written objections.

## II. ARGUMENT

Plaintiffs have satisfied all requirements for relief. The subpoenas were properly issued and served, yet the recipients have completely ignored their legal obligations. By failing to serve timely objections, Kevin Martin and Force Media, LLC have waived any objections to the subpoenas, including any claims of burden, privilege, or overbreadth.

Plaintiffs are severely prejudiced by this wholesale noncompliance. Kevin Martin and Force Media, LLC are the primary known alter egos and conduits used by the Debtor to hide massive sums of money from the bankruptcy estate. Obtaining the requested financial records and communications is strictly critical to Plaintiffs' claims under 11 U.S.C. §727 and the recovery of estate assets.

Accordingly, the Court should compel full compliance, set a firm deadline, and award Plaintiffs their reasonable expenses incurred in connection with serving the subpoenas and bringing this Motion.

## IV. RELIEF REQUESTED

Plaintiffs respectfully request that this Court enter an order:

1. Compelling Kevin Martin and Force Media, LLC to fully comply with their respective subpoenas within fourteen (14) days of the Court's order, or by a date certain set by the Court;

-3-

2. Ordering that Kevin Martin and Force Media, LLC produce all responsive Electronically Stored Information (ESI) in native format, unencrypted, unredacted, and accompanied by standard load files containing full metadata;

3. Awarding Plaintiffs their reasonable attorneys' fees and expenses incurred in connection with the issuance, service, and enforcement of the subpoenas, including this Motion;

4. Providing that failure to comply with the Court's order may result in contempt sanctions pursuant to Rule 45(g); and

5. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Mark S. Rosen

Mark S. Rosen

Dated: April 3, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, a true and correct copy of the foregoing Notice of Motion to Compel Compliance with Subpoenas was served upon all counsel of record and parties in this adversary proceeding by CM/ECF electronic filing.

/s/ Mark S. Rosen

MARK S. ROSEN

－4－

# EXHIBIT REGISTER

| Exhibit | Description |
|---|---|
| **Exhibit 1** | Subpoena to Produce Documents Issued to Kevin Martin (Dated August 6, 2025) |
| **Exhibit 2** | Subpoena to Produce Documents Issued to Force Media, LLC (Dated August 6, 2025) |
| **Exhibit 3** | Proof of Service of Subpoena upon Kevin Martin |
| **Exhibit 4** | Proof of Service of Subpoena upon Force Media, LLC |
| **Exhibit 5** | Final Order Concerning Garnished Funds (Dated June 10, 2024) entered in *Moss v. Bone-Martin*, Cause No. DC-22-03943 (68th Judicial District, Dallas County, Texas) |
| **Exhibit 6** | Modified Order Concerning Garnished Funds (Dated June 25, 2024) entered in *Moss v. Bone-Martin*, Cause No. DC-22-03943 (68th Judicial District, Dallas County, Texas) |

– 5 –

# EXHIBIT 1

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN <br><br>     Debtor, <br> _____ <br><br> DAVID TYLER MOSS and FIDELISSIMUS, LLC, <br><br>     Plaintiffs, <br><br>     vs. <br><br> BRIAN DENNIS MARTIN, <br><br>     Defendant. <br> _____ | Chapter 7 <br><br> Case No. 6:25-bk-10944-MH <br> Adversary No.6:25-ap-01055-RB <br><br> **Notice of Issuance of Subpoenas to Produce Documents to: Kevin Martin** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

–1–

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, as incorporated by Federal Rule of Bankruptcy Procedure 9016, Plaintiffs DAVID TYLER MOSS and FIDELISSIMUS, LLC have caused a subpoena to produce documents to be issued to:

**Kevin Martin**
Address: 941 Cimarron Lane, Corona, CA 92879

This subpoena commands the production of specified documents and records within 14 days of service. Copies of the subpoenas are served concurrently with this notice in accordance with Rule 45(a)(4).

Dated: August 7, 2025

Respectfully submitted,

/s/ Mark S. Rosen

MARK S. ROSEN

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, a true and correct copy of the foregoing **Notice of Issuance of Subpoena to Produce Documents to Kevin Martin** was served upon all counsel of record and parties in this adversary proceeding by CM/ECF electronic filing.

/s/ Mark S. Rosen
MARK S. ROSEN

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel:  (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

K. Martin

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN<br><br>Debtor,<br>──────────────────────<br><br>DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN DENNIS MARTIN,<br><br>Defendant.<br>────────────────────── | Chapter 7<br><br>Case No. 6:25-bk-10944-MH<br>Adversary No.6:25-ap-01055-RB<br><br>**SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FED. R. CIV. P. 45 AND FED. R. BANKR. P. 9016** |

– 3 –

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re: Brian Dennis Martin, Debtor

Case No. 6:25-bk-10944-MH

Adversary Proceeding No. 6:25-ap-01055-RB

Chapter 7

**TO: Kevin Martin**
Address: 941 Cimarron Lane, Corona, CA 92879

YOU ARE HEREBY COMMANDED to produce the following documents to the offices of Mark S. Rosen, attorney for Plaintiffs David Tyler Moss and Fidelissimus, LLC, at 27281 Las Ramblas, Ste. 200, Mission Viejo, California 92691 on or before August 29, 2025, pursuant to Federal Rule of Civil Procedure 45, as made applicable by Federal Rule of Bankruptcy Procedure 9016.

## DEFINITIONS

1. **"Debtor"** means **Brian Dennis Martin**, the individual debtor in the underlying bankruptcy and adversary proceeding.
2. **"You"** or **"Your"** refers to the subpoena recipient, including all aliases, affiliated business entities, trusts, or accounts under your control, whether personal or business.
3. **"Subject Accounts"** means any financial, brokerage, cryptocurrency, or digital wallet accounts held in your name or under your control that the Debtor accessed, benefitted from, or used, directly or indirectly, during the Relevant Time Period.
4. **"Subject Property"** refers to any real property, vehicles, personal property, or digital assets titled in your name but used or controlled by the Debtor, or purchased with funds traceable to the Debtor.
5. **"Business Interests"** includes any LLCs, partnerships, sole proprietorships, corporations, or other enterprises in which you and the Debtor had any shared involvement—formal or informal—including use of your name, business license, or EIN on the Debtor's behalf.
6. **"Communications"** includes all written, verbal, or electronic exchanges (e.g., emails, texts, WhatsApp, Telegram, Signal, Facebook Messenger, Instagram DMs, handwritten notes, voicemails, etc.) between you and the Debtor.
7. **"Financial Transactions"** means any transfer of value, whether cash, credit, crypto, property, or in-kind consideration, exchanged between you and the Debtor.
8. **"Relevant Time Period"** means **January 1, 2016 to the present**, which reflects the period during which the Debtor is believed to have initiated or engaged in a pattern of asset transfers or financial concealment relevant to this proceeding.

## REQUESTS FOR PRODUCTION

### 1. Financial Transactions with Brian Dennis Martin

All documents reflecting **financial transactions** between you and the Debtor, including but not limited to:

- Bank transfers, Zelle/Venmo/Cash App/PayPal activity, checks, money orders, cryptocurrency transfers, or wires;
- Any loans, gifts, repayments, or informal financial exchanges;
- Receipts, memos, or agreements related to such transactions.

### 2. Property or Assets Used or Controlled by the Debtor

All documents reflecting **Subject Property**, including:

- Real estate, vehicles, digital assets, or tangible goods registered in your name but used, stored, or paid for by the Debtor;
- Vehicle titles, property deeds, insurance policies, utility bills, or purchase records showing use by the Debtor.

### 3. Shared Business Dealings with the Debtor

All documents reflecting **Business Interests** involving you and the Debtor, including:

- Operating agreements, formation documents, EIN filings, tax returns, financial statements, or communications referencing the Debtor's involvement in any such business;
- Payments made to or by the business for the Debtor's benefit.

### 4. Communications with the Debtor About Property, Assets, or Money

All **Communications** between you and the Debtor referencing:

- Ownership, holding, or transfer of property or assets;
- Any request or instruction to hold funds, accounts, or property on the Debtor's behalf;
- Any discussions regarding concealment, shielding, or protection of the Debtor's assets from creditors or litigation.

### 5. Subject Accounts Used by the Debtor

Documents sufficient to identify any **Subject Accounts**, including:

- Monthly bank or crypto account statements;
- Account opening or authorization records;
- Login/access logs reflecting the Debtor's use or control;
- Linked debit/credit cards, email addresses, or IPs traceable to the Debtor.

-5-

**6. Transfers of Assets to or from the Debtor**

All records relating to:

- Transfers of cash, vehicles, property, business interests, or digital assets to or from the Debtor;
- The purpose of such transfers, including loan agreements, memoranda, or repayment arrangements;
- Any documents reflecting attempts to reverse, disguise, or recharacterize such transfers.

**7. Use of Your Address or Identity by the Debtor**

All documents showing:

- The Debtor's use of your home address, mailing address, phone number, or email for banking, business, tax, or delivery purposes;
- Any utility bills, Amazon orders, or financial services reflecting the Debtor's activity tied to your address.

Failure to comply with this subpoena may subject you to sanctions by the Court.

Date: August 7, 2025

Mark S. Rosen (SBN 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, CA 92691
Tel: (714) 285-9838
marksrosen@aol.com

# EXHIBIT 2

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel:  (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN<br><br>Debtor,<br>_____<br><br>DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN DENNIS MARTIN,<br><br>Defendant.<br>_____ | Chapter 7<br><br>Case No. 6:25-bk-10944-MH<br>Adversary No.6:25-ap-01055-RB<br><br><br>**Notice of Issuance of Subpoenas to Produce Documents to: Force Media, LLC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

– 1 –

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, as incorporated by Federal Rule of Bankruptcy Procedure 9016, Plaintiffs DAVID TYLER MOSS and FIDELISSIMUS, LLC have caused a subpoena to produce documents to be issued to:

**Force Media, LLC.**
Registered Agent: Kevin Martin
Address: 941 Cimarron Lane, Corona, CA 92879.

This subpoena commands the production of specified documents and records within 14 days of service. Copies of the subpoenas are served concurrently with this notice in accordance with Rule 45(a)(4).

Dated: August 6, 2025

Respectfully submitted,

/s/ Mark S. Rosen

MARK S. ROSEN

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, a true and correct copy of the foregoing **Notice of Issuance of Subpoena to Produce Documents to Force Media, LLC.**, was served upon all counsel of record and parties in this adversary proceeding by CM/ECF electronic filing.

/s/ Mark S. Rosen
MARK S. ROSEN

– 2 –

MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel:  (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN<br><br>Debtor, | Chapter 7<br><br>Case No. 6:25-bk-10944-MH<br>Adversary No.6:25-ap-01055-RB |
| DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN DENNIS MARTIN,<br><br>Defendant. | **SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FED. R. CIV. P. 45 AND FED. R. BANKR. P. 9016** |

–3–

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re: Brian Dennis Martin, Debtor

Case No. 6:25-bk-10944-MH

Adversary Proceeding No. 6:25-ap-01055-RB

Chapter 7

**TO: Force Media, LLC.**
Address: 941 Cimarron Lane, Corona, CA 92879.

YOU ARE HEREBY COMMANDED to produce the following documents to the offices of Mark S. Rosen or Van T. Tran, attorneys for Plaintiffs David Tyler Moss and Fidelissimus, LLC, within 14 days of service of this subpoena, pursuant to Federal Rule of Civil Procedure 45, as made applicable by Federal Rule of Bankruptcy Procedure 9016:

### DEFINITIONS

1. **"Debtor"** means **Brian Dennis Martin**, the individual debtor in the underlying bankruptcy and adversary proceeding.
2. **"You"** or **"Your"** refers to the subpoena recipient, including all aliases, affiliated business entities, trusts, or accounts under your control, whether personal or business.
3. **"Subject Accounts"** means any financial, brokerage, cryptocurrency, or digital wallet accounts held in your name or under your control that the Debtor accessed, benefitted from, or used, directly or indirectly, during the Relevant Time Period.
4. **"Subject Property"** refers to any real property, vehicles, personal property, or digital assets titled in your name but used or controlled by the Debtor, or purchased with funds traceable to the Debtor.
5. **"Business Interests"** includes any LLCs, partnerships, sole proprietorships, corporations, or other enterprises in which you and the Debtor had any shared involvement—formal or informal—including use of your name, business license, or EIN on the Debtor's behalf.
6. **"Communications"** includes all written, verbal, or electronic exchanges (e.g., emails, texts, WhatsApp, Telegram, Signal, Facebook Messenger, Instagram DMs, handwritten notes, voicemails, etc.) between you and the Debtor.
7. **"Financial Transactions"** means any transfer of value, whether cash, credit, crypto, property, or in-kind consideration, exchanged between you and the Debtor.
8. **"Relevant Time Period"** means **January 1, 2016 to the present**, which reflects the period during which the Debtor is believed to have initiated or engaged in a pattern of asset transfers

-4-

or financial concealment relevant to this proceeding.

## REQUESTS FOR PRODUCTION

### 1. Financial Transactions with Brian Dennis Martin

All documents reflecting **financial transactions** between you and the Debtor, including but not limited to:

- Bank transfers, Zelle/Venmo/Cash App/PayPal activity, checks, money orders, cryptocurrency transfers, or wires;
- Any loans, gifts, repayments, or informal financial exchanges;
- Receipts, memos, or agreements related to such transactions.

### 2. Property or Assets Used or Controlled by the Debtor

All documents reflecting **Subject Property**, including:

- Real estate, vehicles, digital assets, or tangible goods registered in your name but used, stored, or paid for by the Debtor;
- Vehicle titles, property deeds, insurance policies, utility bills, or purchase records showing use by the Debtor.

### 3. Shared Business Dealings with the Debtor

All documents reflecting **Business Interests** involving you and the Debtor, including:

- Operating agreements, formation documents, EIN filings, tax returns, financial statements, or communications referencing the Debtor's involvement in any such business;
- Payments made to or by the business for the Debtor's benefit.

### 4. Communications with the Debtor About Property, Assets, or Money

All **Communications** between you and the Debtor referencing:

- Ownership, holding, or transfer of property or assets;
- Any request or instruction to hold funds, accounts, or property on the Debtor's behalf;
- Any discussions regarding concealment, shielding, or protection of the Debtor's assets from creditors or litigation.

### 5. Subject Accounts Used by the Debtor

Documents sufficient to identify any **Subject Accounts**, including:

- Monthly bank or crypto account statements;
- Account opening or authorization records;

- Login/access logs reflecting the Debtor's use or control;
- Linked debit/credit cards, email addresses, or IPs traceable to the Debtor.

## 6. Transfers of Assets to or from the Debtor

All records relating to:

- Transfers of cash, vehicles, property, business interests, or digital assets to or from the Debtor;
- The purpose of such transfers, including loan agreements, memoranda, or repayment arrangements;
- Any documents reflecting attempts to reverse, disguise, or recharacterize such transfers.

## 7. Use of Your Address or Identity by the Debtor

All documents showing:

- The Debtor's use of your home address, mailing address, phone number, or email for banking, business, tax, or delivery purposes;
- Any utility bills, Amazon orders, or financial services reflecting the Debtor's activity tied to your address.

Failure to comply with this subpoena may subject you to sanctions by the Court.

Date: August 6, 2025,

Mark S. Rosen (SBN 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, CA 92691
Tel: (714) 285-9838
marksrosen@aol.com

–6–

# EXHIBIT 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Mark S. Rosen, Esq. \| SBN: 72431<br>MARK S. ROSEN, ESQ<br>27281 Las Ramblas Ste 200   Mission Viejo, CA 92691<br><br>TELEPHONE NO.: (714) 285-9838 \| FAX NO. \| E-MAIL ADDRESS *(Optional):* marksrosen@aol.com<br>ATTORNEY FOR *(Name):* Plaintiff: David Tyler Moss | |

| USBC/RIVERSIDE/CENTRAL DISTRICT OF CA |
|---|
| STREET ADDRESS: 3420 TWELFTH ST. |
| CITY AND ZIP CODE: RIVERSIDE, CA 92501-3819 |
| BRANCH NAME: RIVERSIDE DIVISION |

| PLAINTIFF/PETITIONER: David Tyler Moss, ET AL.<br>DEFENDANT/RESPONDENT: Brian Dennis Martin | CASE NUMBER:<br>6:25-ap-01055-RB |
|---|---|

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>4306.09 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**NOTICE OF ISSUANCE OF SUBPOENAS TO PRODUCE DOCUMENTS TO: KEVIN MARTIN; SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FED. R. CIV.P.45 And FED R. BANKR. P.9016**

| | |
|---|---|
| PARTY SERVED: | **Kevin Martin** |
| DATE & TIME: | **8/13/2025**<br>**7:19 PM** |
| ADDRESS: | **941 Cimarron Ln**<br>**Corona, CA 92879-8232** |

PHYSICAL DESCRIPTION: **Age: 41 - 45   Weight: 161-180 Lbs   Hair: Black**
**Sex: Male   Height: 5'1 - 5'6   Eyes: Brown**
**Skin: Caucasian   Marks: Tattoos beard**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 62.50**
County: **San Bernardino**
Registration No.: **1328**
**Nationwide Legal, LLC Reg: 12-234648**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**Ref: 4306.09**

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **August 14, 2025.**

Signature: _____
**Christian Canas**

982(a)(23)[New July 1, 1987]

Order#: OC228156/General

# EXHIBIT 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mark S. Rosen, Esq. | SBN: 72431<br>MARK S. ROSEN, ESQ<br>27281 Las Ramblas Ste 200   Mission Viejo, CA 92691 | |

TELEPHONE NO.: (714) 285-9838 | FAX NO. | E-MAIL ADDRESS *(Optional):* marksrosen@aol.com
ATTORNEY FOR *(Name):* Plaintiff: David Tyler Moss

**USBC/RIVERSIDE/CENTRAL DISTRICT OF CA**

STREET ADDRESS: 3420 TWELFTH ST.

CITY AND ZIP CODE: RIVERSIDE, CA 92501-3819

BRANCH NAME: RIVERSIDE DIVISION

| PLAINTIFF/PETITIONER: David Tyler Moss, et al<br>DEFENDANT/RESPONDENT: Brian Dennis Martin | CASE NUMBER:<br>6:25-ap-01055-RB |
|---|---|

| **PROOF OF SERVICE** | Hearing Date:<br>8/29/2025 | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>4306.09 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I **SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

NOTICE OF ISSUANCE OF SUBPOENAS TO PRODUCE DOCUMENTS TO: FORCE MEDIA, LLC; SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FED. R. CIV.P.45 And FED R. BANKR. P.9016

|  |  |
|---|---|
| PARTY SERVED: | **Force Media, LLC (registered agent: Kevin Martin)** |
| PERSON SERVED: | **Kevin Martin - Registered Agent** |
| DATE & TIME: | **8/13/2025**<br>**7:19 PM** |
| ADDRESS: | **941 Cimarron Ln**<br>**Corona, CA 92879-8232** |

PHYSICAL DESCRIPTION:  **Age: 41 - 45**  **Weight: 161-180 Lbs**  **Hair: Black**
**Sex: Male**  **Height: 5'1 - 5'6**  **Eyes: Brown**
**Skin: Caucasian**  **Marks: Tattoos beard**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 152.60**
County: **San Bernardino**
Registration No.: **1328**
**Nationwide Legal, LLC Reg: 12-234648**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**Ref: 4306.09**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 14, 2025.**

Signature: _____
**Christian Canas**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                    Order#: OC228153/General

# EXHIBIT 5

NO. DC-22-03943

| | | |
|---|---|---|
| DAVID TYLER MOSS, et al. | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | 68th JUDICIAL DISTRICT |
| HOLLY BONE-MARTIN, et al., | § | |
| Defendants, | § | |
| | § | |
| JPMORGAN CHASE BANK, N.A. | § | |
| Garnishee | § | DALLAS COUNTY, TEXAS |

**FINAL ORDER CONERNING GARNISHED FUNDS**

THIS CAUSE is before the Court upon the Writ of Garnishment issued herein and served

upon Garnishee JPMorgan Chase Bank, N.A.("Chase"), the First Amended Original Answer of

Chase filed March 11, 2024 indicating that funds of the Nominal Owners Force Media, LLC and

Kevin Martin (collectively "Nominal Owners") have been frozen and held in out-of-state

accounts, and the Court's May 24, 2024 Judgment of Garnishment (the "Garnishment Order")

directing that such funds be paid via check made payable to "West & Associates L.L.P. IOLTA"

for the benefit of Plaintiffs/Judgment Creditors David Tyler Moss and Fidelissimus, LLC

("Judgment Creditors"), and Chase's Request for Clarification regarding whether Chase should

comply with the Court's Garnishment Order in light of the Superior Court of the State of

California for the County of Riverside entitled *Kevin Martin, et al. v. JP Morgan Chase Bank,*

*N.A.*, Case No. CVRI2402841, and the CA Superior Court's June 3, 2024 order granting a

Temporary Restraining Order, and the potential Preliminary Injunction to be decided by the CA

Superior Court on June 24, 2024, enjoining Chase from disposing of the assets/funds in the

Accounts, it is hereby:

**ORDERED** that Chase shall pay via check made payable to "West & Associates L.L.P.

IOLTA" for the benefit of Plaintiffs/Judgment Creditors David Tyler Moss and Fidelissimus,

FINAL ORDER – Page 1

LLC ("Judgment Creditors") $287,823.59 from Nominal Owner Force Media, LLC's account

ending in 5271 and $419.60 from Nominal Owner Kevin Martin's account ending in 7768, for a

total of $288,243.19 (collectively "Garnishment Funds"), within the next ~~fourteen (14) days,~~ **14 days**

which shall be deemed compliance with the Garnishment Order; it is further

**ORDERED** that Chase shall be held harmless with regard to the Garnishment Funds or

any actions taken pursuant to or otherwise following this Order or the Garnishment Order; it is

further

**ORDERED** that Chase is hereby discharged and released of all liability to

Plaintiffs/Garnishors/Judgment Creditors David Tyler Moss and Fidelissimus, LLC ("Judgment

Creditors"), Defendant/Judgment Debtors Holly Bone-Martin and Brian Martin, and Nominal

Owners Force Media, LLC and Kevin Martin (collectively "Nominal Owners"), or any other

claimants, regarding such actions, the Garnishment Funds or the bank accounts at issue; it is

further

**ORDERED** that Chase is hereby discharged and released of any contempt of court in

relation to the Superior Court of the State of California for the County of Riverside action

entitled *Kevin Martin, et al. v. JP Morgan Chase Bank, N.A.*, Case No. CVRI2402841, and the

CA Superior Court's June 3, 2024 order granting a Temporary Restraining Order, and the

potential Preliminary Injunction to be decided by the CA Superior Court on June 24, 2024,

enjoining Chase from disposing of the assets/funds in the Accounts; and it is further

**ORDERED** that Chase is dismissed from this action, with prejudice, with the Court

retaining jurisdiction over Chase and the parties solely to enforce this Order.

FINAL ORDER – Page 2

6/10/2024 3:38:23 PM

**THIS IS A FINAL ORDER.**

Date: __6/10/2024__

JUDGE PRESIDING
68TH DISTRICT COURT

Submitted by:

_/s/ Truman E. Spring_
Truman E. Spring
Attorney for Garnishee

FINAL ORDER – Page 3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Truman Spring
Bar No. 18966550
tspring@springlawfirm.com
Envelope ID: 88600922
Filing Code Description: Non-Signed Proposed Order/Judgment
Filing Description: PROPOSED FINAL ORDER CONERNING GARNISHED FUNDS
Status as of 6/10/2024 10:16 AM CST

Associated Case Party: DAVIDTYLERMOSS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Craig Alan Capua | 3783950 | craig.c@westllp.com | 6/10/2024 8:36:09 AM | SENT |
| Dan Wyde | | wydelaw@gmail.com | 6/10/2024 8:36:09 AM | SENT |

Associated Case Party: FIDELLISIMUS, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dan L.Wyde | | wydelaw@gmail.com | 6/10/2024 8:36:09 AM | SENT |

Associated Case Party: HOLLYSUSANBONE-MARTIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| HOLLY SUSANBONE-MARTIN | | contactfuturistichub@gmail.com | 6/10/2024 8:36:09 AM | SENT |

Associated Case Party: GOOGLE LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael K.Hurst | | mhurst@lynnllp.com | 6/10/2024 8:36:09 AM | SENT |

Associated Case Party: BRIANDENNISMARTIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| BRIAN DENNISMARTIN | | xbrianmartinx@gmail.com | 6/10/2024 8:36:09 AM | SENT |

# EXHIBIT 6

NO. DC-22-03943

| | | |
|---|---|---|
| DAVID TYLER MOSS, et al. | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| vs. | § | |
| | § | 68th JUDICIAL DISTRICT |
| HOLLY BONE-MARTIN, et al., | § | |
| Defendants, | § | |
| | § | |
| JPMORGAN CHASE BANK, N.A. | § | |
| Garnishee | § | DALLAS COUNTY, TEXAS |

## MODIFIED ORDER CONCERNING GARNISHED FUNDS

THIS CAUSE is before the Court upon the Writ of Garnishment issued herein and served

upon Garnishee JPMorgan Chase Bank, N.A.("Chase"), the First Amended Original Answer of

Chase filed March 11, 2024 indicating that funds of the Nominal Owners Force Media, LLC and

Kevin Martin (collectively "Nominal Owners") have been frozen and held in out-of-state

accounts, and the Court's May 24, 2024 Judgment of Garnishment (the "Garnishment Order")

directing that such funds be paid via check made payable to "West & Associates L.L.P. IOLTA"

for the benefit of Plaintiffs/Judgment Creditors David Tyler Moss and Fidelissimus, LLC

("Judgment Creditors"), and Chase's Request for Clarification regarding whether Chase should

comply with the Court's Garnishment Order in light of the Superior Court of the State of

California for the County of Riverside entitled *Kevin Martin, et al. v. JP Morgan Chase Bank,*

*N.A.*, Case No. CVRI2402841, and the CA Superior Court's June 3, 2024 order granting a

Temporary Restraining Order, and the potential Preliminary Injunction to be decided by the CA

Superior Court on June 24, 2024, enjoining Chase from disposing of the assets/funds in the

Accounts, it is hereby:

**ORDERED** that Chase shall deposit into the registry of the Court $287,823.59 from

Nominal Owner Force Media, LLC's account ending in 5271 and $419.60 from Nominal Owner

MODIFIED ORDER CONCERNING GARNISHED FUNDS – Page 1

Kevin Martin's account ending in 7768, for a total of $288,243.19 (collectively "Garnishment Funds") by close of business on June 25, 2024; it is further

**ORDERED** that Chase shall be held harmless with regard to the Garnishment Funds or any actions taken pursuant to or otherwise following this Order or the Garnishment Order; it is further

**ORDERED** that Chase is hereby discharged and released of all liability to Plaintiffs/Garnishors/Judgment Creditors David Tyler Moss and Fidelissimus, LLC ("Judgment Creditors"), Defendant/Judgment Debtors Holly Bone-Martin and Brian Martin, and Nominal Owners Force Media, LLC and Kevin Martin (collectively "Nominal Owners"), or any other claimants, regarding such actions, the Garnishment Funds or the bank accounts at issue; it is further

**ORDERED** that Chase is hereby discharged and released of any contempt of court in relation to the Superior Court of the State of California for the County of Riverside action entitled *Kevin Martin, et al. v. JP Morgan Chase Bank, N.A.*, Case No. CVRI2402841, and the CA Superior Court's June 3, 2024 order granting a Temporary Restraining Order, and the potential Preliminary Injunction to be decided by the CA Superior Court on June 24, 2024, enjoining Chase from disposing of the assets/funds in the Accounts; and it is further

**ORDERED** that Chase is dismissed from this action, with prejudice, with the Court retaining jurisdiction over Chase and the parties solely to enforce this Order.

**THIS IS A FINAL ORDER.**

Date: 6-25-2024

_____
JUDGE PRESIDING
68TH DISTRICT COURT

Submitted by:

_/s/ Allison M. Stewart_
Allison Stewart

MODIFIED ORDER CONCERNING GARNISHED FUNDS – Page 3