FILED & ENTERED

APR 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>BRIAN DENNIS MARTIN<br><br><br>          Debtor(s). | Case No.: 6:25-bk-10944-RB<br><br>CHAPTER 7<br><br>Adv No:   6:25-ap-01055-RB |
| DAVID TYLER MOSS;<br><br>FIDELISSIMUS, LLC,<br><br><br>          Plaintiff(s),<br><br>  v.<br><br><br>BRIAN DENNIS MARTIN<br><br><br>          Defendant(s). | **ORDER CONTINUING STATUS CONFERENCE; MOTION FOR CLARIFICATION; DEFENDANT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c) and FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026; AND MOTION FOR ALTERNATIVE SERVICE ON NON-PARTY ROBERT D. WILSON**<br><br>**Continued Hearing Date and Time:**<br>**Date:     April 28, 2026**<br>**Time:     2:00 p.m.**<br>**Courtroom: 303**<br><br>Current Hearing Date and Time:<br>Date:     April 21, 2026<br>Time:     2:00 p.m.<br>Courtroom: 303<br><br>(In-Person and Zoom Appearances) |

-1-

**PLEASE TAKE NOTICE** that the *Status Conference ,and hearings on the Motion for Clarification (ECF42), Defendant's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) and Federal Rule of Bankruptcy Procedure 7026 (ECF 54), and Motion for Alternative Service on Non-Party Robert D. Wilson (ECF 66)* set on the Court's calendar on April 21, 2026, at 2:00 p.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **April 28, 2026 at 2:00 p.m.**

###

Date: April 10, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-