

**FILED & ENTERED**

**APR 10 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:

Brian Dennis Martin

              Debtor(s).

---

David Tyler Moss; Fidelissimus, LLC

              Plaintiff,

   v.

Brian Dennis Martin

              Defendant.

Case No:  6:25-bk-10944-RB

Adv No:   6:25-ap-01055-RB

CHAPTER 7

**ORDER CONTINUING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA RE: Bitcoin Depot Operating, LLC, docket no# 86; Kevin Martin & Force Media LLC, docket no# 87; and Google, LLC & YouTube LLC, docket no# 95.**

**Continued Hearing Date and Time:**
**Date:**      **June 2, 2026**
**Time:**      **2:00 p.m.**
**Courtroom:  301**

Current Hearing Date and Time:
Date:      May 19, 2026
Time:      2:00 p.m.
Courtroom: 301

(In Person or Zoom Appearances)

**PLEASE TAKE NOTICE** that the Motion to Compel Compliance with Subpoena to Bitcoin Depot Operating LLC, docket no# 86; Kevin Martin & Force Media LLC, docket no# 87 and Google, LLC & YouTube, LLC, docket no# 95, are set for hearing on May 19, 2026, at 2:00 p.m. in Courtroom 301 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **June 2, 2026, at 2:00 p.m. in Courtroom 301.**

###

Date: April 10, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-