MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

FILED & ENTERED

APR 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

Attorneys for Plaintiff DAVID TYLER MOSS and FIDELISSIMUS, LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN<br><br>        Debtor,<br>_____<br><br>DAVID TYLER MOSS and<br>FIDELISSIMUS, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>BRIAN DENNIS MARTIN<br><br>        Defendant.<br>_____ | Case No. 6:25-bk-10944-RB<br><br>Chapter 7<br><br>Adv Proc No. 6:25-ap-01055-RB<br><br><br>**ORDER *DENYING* EMERGENCY MOTION FOR COMFORT ORDER OR, IN THE ALTERNATIVE, TO MODIFY THE DISCHARGE INJUNCTION FOR THE LIMITED PURPOSE OF JUDGMENT PRESERVATION** |

– 1 –

Upon consideration of the *Emergency Motion for Comfort Order or, in the Alternative, to Modify the Discharge Injunction for the Limited Purpose of Judgment Preservation* (the "Motion") (Dkt 103) filed by Plaintiffs David Tyler Moss and Fidelissimus, LLC (collectively, "Plaintiffs") and Defendant's Opposition to Emergency Motion ("Opposition") (Dkt. 107); the Court having reviewed the Motion, Opposition, and the record in this Adversary Proceeding; IT IS HEREBY ORDERED THAT the Motion is DENIED because 11 U.S.C. § 362(d) is not the proper means for seeking relief from the discharge injunction.

###

Date: April 17, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

– 2 –