BRIAN MARTIN, In Pro Per

941 Cimarron Lane

Corona CA 92879

(840)-207-1860

xbrianmartinx@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA RIVERSIDE DIVISION

| | |
|---|---|
| **In Re BRIAN DENNIS MARTIN** | Chapter 7 Case No. 6:25-bk-10944-RB<br>Adversary No.6:25-ap-01055-RB |
| **DAVID TYLER MOSS and FIDELISSIMUS, LLC,** | **DEFENDANT'S MOTION TO WITHDRAW MOTIONS FILED AT DOCKET NOS. 104 AND 105** |
| **Plaintiffs,** | |
| **vs.** | Date: |
| **BRIAN DENNIS MARTIN,** | Time: |
| **Defendant.** | Courtroom: 303 |
| | PLACE: 3420 12th Ave., Riverside CA |

**MOTION TO WITHDRAW MOTIONS FILED AT DOCKET NOS. 104 AND 105**

**TO THE HONORABLE MAGDALENA BORDEAUX, JUDGE OF THE UNITED STATES**

**BANKRUPTCY COURT.**

Brian Dennis Martin, Defendant in the above-captioned adversary proceeding, hereby moves the Court to withdraw the following documents:

1

DEFENDANTS MOTION TO WITHDRAW MOTIONS FILED AT DOCKET

NOS. 104 AND 105

1. **Sanctions for Violation of Discharge Injunction**, filed on April 15, at Docket No. 104.

2. **Notice of hearing for Sanctions on discharge injunction violation**, filed on April 15, at Docket No. 105.

The Defendant will file this motion into the appropriate case (6:25-bk-10944-RB) and requests that the Court strike these matters from the calendar and record as pending motions in the adversary proceeding so it may be heard in the main Bankruptcy case (6:25-bk-10944-RB)

Dated: April 16, 2026

Respectfully submitted,

**Brian Dennis Martin, Pro Se Defendant**

2

DEFENDANTS MOTION TO WITHDRAW MOTIONS FILED AT DOCKET
NOS. 104 AND 105

## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing motion for **DEFENDANT'S MOTION TO WITHDRAW MOTIONS FILED AT DOCKET NOS. 104 AND 105** was served upon the following parties by the method indicated below on [4/16/2026]:

**MARK S. ROSEN**
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel:  (714) 285-9838
email: MarkSRosen@aol.com; markrosen@markrosenlaw.com

☐ By hand delivery

☐ By United States mail, postage prepaid

☐ By overnight delivery service

☐ By facsimile transmission

☒ By electronic mail

☒ By electronic filing through the Court's CM/ECF system

DATED: April 16, 2026

_____
By: Brian Dennis Martin
Pro Se Defendant

DEFENDANTS MOTION TO WITHDRAW MOTIONS FILED AT DOCKET NOS. 104 AND 105

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
941 Cimarron Lane, Corona CA 92879

A true and correct copy of the foregoing document entitled (*specify*): _____

_____

DEFENDANT'S MOTION TO WITHDRAW MOTIONS FILED AT DOCKET NOS. 104 AND 105 _____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/16/2026 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
trustee.bui@shulmanbastian.com, C115@ecfcbis.com
marksrosen@aol.com, pattielegalasst@aol.com, ustpregion16.rs.eft@usdoj.gov, xbrianmartinx@gmail.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2026 | Holly Bone | | |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**