BRIAN MARTIN, In Pro Per

941 Cimarron Lane

Corona CA 92879

(840)-207-1860

xbrianmartinx@gmail.com


IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA RIVERSIDE DIVISION


| | |
|---|---|
| **In Re BRIAN DENNIS MARTIN** | Chapter 7 Case No. 6:25-bk-10944-RB<br>Adversary No.6:25-ap-01055-RB |
| **DAVID TYLER MOSS and FIDELISSIMUS, LLC,** | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR TERMINATING SANCTIONS AND FRAUD ON THE COURT** |
| **Plaintiffs,** | |
| **vs.** | |
| **BRIAN DENNIS MARTIN,** | Date: To be set by the Court |
| **Defendant.** | Time: To be set by the Court |
| | Courtroom: 303 |
| | PLACE: 3420 12th Ave., Riverside CA |

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT
FOR TERMINATING SANCTIONS AND FRAUD ON THE COURT**

**TO THE HONORABLE MAGDALENA REYES BORDEAUX,**

**JUDGE OF THE UNITED STATES BANKRUPTCY COURT.**

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT
FOR TERMINATING SANCTIONS AND FRAUD ON THE COURT

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time set by this Honorable Court, or as soon thereafter as the matter may be heard, in the United States Bankruptcy Court for the Central District of California, located at 3420 Twelfth Street, Riverside, CA 92501, Defendant Brian Dennis Martin ("Defendant") will, and hereby does and very respectfully, move this Court for an Order dismissing the First Amended Complaint in the above-captioned adversary proceeding with prejudice.

**THIS MOTION IS BROUGHT ON THE FOLLOWING GROUNDS:**

1. **Fraud on the Court:** Plaintiffs have knowingly submitted fabricated evidence, misrepresented non-existent judicial hearings, and are prosecuting this action through an illegitimate shell entity (Fidelissimus LLC) which lacks standing to sue.

2. **Discovery Misconduct and Deemed Admissions:** Plaintiffs have engaged in a pattern of bad-faith discovery abuse, including a 140+ day failure to respond to Requests for Admission. Pursuant to **FRBP 7036**, all matters within said requests are conclusively deemed admitted.

3. **Point of Emphasis:** "Plaintiffs' failure to name the true judgment creditor (Keating) while simultaneously attempting to collect on his behalf via an unauthorized LLC is a clear attempt to engage in **unlawful claim splitting** and **concealment of the real party in interest.**" David Tyler Moss is enjoined as an accessory of this fraud as he stands co-plaintiff in every single case with the same counsel as Brandon Keating's shell company, Fidelissimus, LLC.

4. **Terminating Sanctions:** The Plaintiffs' and their Counsel Mark Rosen's persistent

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT
FOR TERMINATING SANCTIONS AND FRAUD ON THE COURT

discovery defaults and the assertion of standing based on a non-existent transfer of interest constitute a willful attempt to defraud this Court and the bankruptcy estate. Dismissal is a necessary remedy when such bad-faith conduct makes a fair trial impossible, as established by the Ninth Circuit's inherent power to protect the integrity of judicial proceedings. *Leon v. IDX Sys. Corp.*, 464 F.3d 951, 958 (9th Cir. 2006); *Anheuser-Busch, Inc. v. Nat. Beverage Distribs.*, 69 F.3d 337, 348 (9th Cir. 1995). As the Court has recognized, 'there is no point to a lawsuit if it merely applies law to lies.' *Valley Engineers Inc. v. Elec. Eng'g Co.*, 158 F.3d 1051, 1058 (9th Cir. 1998). Accordingly, this conduct warrants terminating sanctions to prevent a fraud upon the Court. *See Phoceene Sous-Marine, S.A. v. U.S. Phosmarine, Inc.*, 682 F.2d 802, 806 (9th Cir. 1982).

This Motion is based on the attached Memorandum of Points and Authorities, the Declaration of Brian Dennis Martin (including **evidence of the Plaintiffs' willful violation of this Court's discharge injunction**), the Notice of Deemed Admissions, the exhibits on file, and such oral and documentary evidence as may be presented at the time of the hearing.

Dated: April 20, 2026

Respectfully Submitted,

By: _____

**Brian Dennis Martin, Defendant**

3

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT
FOR TERMINATING SANCTIONS AND FRAUD ON THE COURT