BRIAN MARTIN, In Pro Per

941 Cimarron Lane

Corona CA 92879

(840)-207-1860

xbrianmartinx@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA RIVERSIDE DIVISION

| | |
|---|---|
| **In Re BRIAN DENNIS MARTIN** | Chapter 7 Case No. 6:25-bk-10944-RB<br>Adversary No.6:25-ap-01055-RB |
| **DAVID TYLER MOSS and FIDELISSIMUS, LLC,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**BRIAN DENNIS MARTIN,**<br><br>    **Defendant.** | **DEFENDANT'S NOTICE OF DEEMED ADMISSIONS PURSUANT TO FRBP 7036**<br><br>Date: To be set by the Court<br><br>Time: To be set by the Court<br><br>Courtroom: 303<br><br>PLACE: 3420 12th Ave., Riverside CA |

**NOTICE OF DEEMED ADMISSIONS PURSUANT TO FRBP 7036**

**TO THE HONORABLE MAGDALENA REYES BORDEAUX,**

**JUDGE OF THE UNITED STATES BANKRUPTCY COURT.**

1

NOTICE OF DEEMED ADMISSIONS PURSUANT TO FRBP 7036

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Brian Dennis Martin hereby gives notice that the First Set of Requests for Admission served upon the Plaintiffs on November 26, 2025, are **conclusively established** as admitted pursuant to Federal Rule of Civil Procedure 36(a)(3), as incorporated by Federal Rule of Bankruptcy Procedure 7036.

1. On November 26, 2025, Defendant served his First Set of Requests for Admission upon Plaintiffs' counsel, Mark Rosen, via electronic mail (as evidenced by the proof of service attached as **Exhibit 8** to the Defendant's Declaration filed concurrently herewith). For the convenience of the court I attach copies as **EXHIBIT A** hereto.

2. Pursuant to FRCP 36(a)(3), Plaintiffs were required to serve a written answer or objection within 30 days of service. That deadline, including the additional three days for electronic service, expired on **December 29, 2025**.

3. To date, Plaintiffs have failed to serve any response, answer, or objection, nor have they requested an extension of time from this Court or the Defendant.

4. Consequently, pursuant to Rule 36(a)(3), all matters set forth in the Requests for Admission are deemed admitted and conclusively established for the purposes of this adversary proceeding.

The specific Requests for Admission, which are now deemed admitted, are attached to the Declaration of Brian Dennis Martin as part of **Exhibit 8**.

Respectfully Submitted,

Dated: April 20, 2026

By: _____    **Brian Dennis Martin, Defendant**

NOTICE OF DEEMED ADMISSIONS PURSUANT TO FRBP 7036

# EXHIBIT A

 Gmail

M &lt;xbrianmartinx@gmail.com&gt;

## Request for Admissions to David Moss and Fidelissimus, LLC

1 message

**M** &lt;xbrianmartinx@gmail.com&gt;                                           Wed, Nov 26, 2025 at 10:13 PM
To: Mark Rosen &lt;marksrosen@aol.com&gt;, markrosen@markrosenlaw.com
Cc: Pattie Limon &lt;pattielegalasst@aol.com&gt;

Mr Rosen, and who it may concern,

Please see the attached documents I serve to you via email my Request for Admissions to your clients on this matter.

If your clients agree to answer these questions fully without delay - I will forego the protective order and I will fill out the documentation you sent to me.

Please let me know when you receive this email service, your clients have 30 days from the date you receive to bring me back all answered admissions. Every single admission has everything to do with the core issues of these cases and the debt that follows. any objections will be met with a severe response.

I will file a proof of service accordingly.

Thank you,

Kind regards
Brian Martin

**2 attachments**



**Request Admissions First set FID Brandon Keating Signed.pdf**
277K

**Request Admissions First set DTM Signed.pdf**
242K

IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA RIVERSIDE DIVISION

**In Re BRIAN DENNIS MARTIN**

    **Debtor,**


**DAVID TYLER MOSS and
FIDELISSIMUS, LLC,**

    **Plaintiffs,**

    **vs.**

**BRIAN DENNIS MARTIN,**

    **Defendant.**

Chapter 7 Case No. 6:25-bk-10944-MH
Adversary No.6:25-ap-0 I 055-RB

NOTICE FIRST SET REQUEST FOR
ADMISSIONS TO DAVID TYLER
MOSS

Date: November 26, 2025


# First Set of Request for Admissions to David Tyler Moss


NOW COMES Defendant, BRIAN DENNIS MARTIN ("Defendant") pro se, and hereby serve

upon Plaintiff, DAVID TYLER MOSS ("Plaintiff" or "You"), the following Requests for

Admission, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, as incorporated by

Federal Rule of Bankruptcy Procedure 7036.


You are required to serve written responses to these Requests for Admission within thirty (30) days

after service.


Failure to timely respond will result in each matter being deemed admitted under Rule 36(a)(3).

Any matter deemed admitted shall be conclusively established against You for all purposes in this

adversary proceeding, including but not limited to the claims for relief under 11 U.S.C. 523 and

723, allegations of fraudulent intent, concealment of assets, false oaths, and alter-ego liability as set

1

forth in the complaint.

<div align="center">

**I. DEFINITIONS**

</div>

The following definitions apply to all Requests for admission:

**1. "You," "Your," or "Plaintiff"**

Means DAVID TYLER MOSS, a named Plaintiff in this adversary proceeding, including his attorneys on record (Mark S. Rosen and Van T. Tran), agents, and representatives.

**2. "Defendant"**

Means BRIAN DENNIS MARTIN, the named defendant in this adversary proceeding.

**3. "Complaint"**

Means the operative Adversary Complaint filed in this action, including any amendments, asserting claims under 11 U.S.C. 523 and 727 for concealment of assets, false oaths, fraudulent transfers, alter-ego liability, and related misconduct.

**4. "Subject Account"**

Means the Videogames YouTube channel. https://www.youtube.com/user/videogames

**5. "Dallas Lawsuit"**

Means the lawsuit in the 68th Judicial District Court, Dallas Texas, Case No. DC-20-09893

**6. "Collin County Lawsuit"**

Means the lawsuit in the 429th Judicial District Court, Collin County, Texas, Case No. 429-05678-2020 which resulted in a default judgment pertaining to a real estate claim made on property 12452 Cajun Drive, Frisco, Texas 75035.

**7. "Videogames Lawsuit"**

Means the lawsuit that was conducted in the Northern District of Texas, Dallas Division, Case No. 3:14-CV-03088-BF, which resulted in a judgment for $18,600,000 on April 15, 2016, following a federal jury trial on claims including fraud, breach of fiduciary duty, and conspiracy. The initial judgment that initiated the Collin County lawsuit and the Dallas Lawsuit for collection purposes.

## II. INSTRUCTIONS

The Following Instructions apply to every Request for admission:

1. Duty to Admit or Deny Under Rule 36

You are required to admit or deny each matter set forth below, in writing, within thirty (30) days of service, as required by rule 36 of the Federal Rules of Civil Procedure, made applicable through Bankruptcy Rule 7036.

Your response must be signed as required by Rule 26(g).

2. Failure to Respond = Admissions

Under Rule 36(a)(3), failure to timely respond will result in each matter being deemed

3

admitted and conclusively established for all purposes in this adversary proceeding, including but not limited to:

- concealment of assets under 727(a)(2),
- false oaths under 727(a)(4),
- fraud and willful injury under 523,
- alter-ego liability and fraudulent transfer allegations.

3. Requirements for any Denial (Rule 36(a)(4))

Your responses must comply with Rule 36(a)(4):

1. If you Deny a request, you must specifically deny the matter or set forth in detail why you cannot truthfully admit or deny it.
2. Any denial must fairly respond to the substance of the request.
3. If good faith requires a qualification or partial denial, you must specify the portion admitted and qualify or deny the remainder
4. You may assert lack of knowledge or information only if You state that You have made a reasonable inquiry and that the information known or readily obtainable is insufficient to admit or deny.

**4. No Evasion Through Lack of Information**

You may not claim lack of knowledge or information unless You affirmatively state that:

- You conducted a reasonable inquiry,
- You sought information from third parties with knowledge.
- And the information known or obtainable is still insufficient

**5. No Objection Based on "Issue for Trial"**

You may not object to any Request on the basis that it addresses a matter in dispute or presents an issue for trial. Rule 36 expressly prohibits such objections.

4

**6. Continuing Duty to Supplement**

These Requests are continuing in nature.

Under Rule 26(e), You must supplement your responses if You learned that an answer is incomplete, incorrect, misleading, or affected by newly discovered information, including:

- bank statements,
- foreign account activity,
- MCN payout records,
- YouTube/Adsense monetization data,
- or any asset transfers relating to this proceeding,

## III. REQUESTS FOR ADMISSION
## SECTION 1 – VIDEOGAMES YOUTUBE CHANNEL AND VIDEOGAMES LAWSUIT

1. Admit that Marko Princip and You entered into a partnership agreement for the Videogames YouTube channel.

2. Admit that You signed a contract/agreement with Marko Princip.

3. Admit that You did not sign any contract or agreement with Brian Martin.

4. Admit that You and Brian Martin never made any verbal agreements of any kind.

5

4B. Admit that Brian Martin contacted You as a manager for Videogames Channel in 2012 and not an owner or partner.

5. Admit that Marko Princip breached the Videogames agreement you made with him.

6. Admit that Brian Martin didn't breach any contract with you should one never have existed.

7. Admit that Brian Martin had no fiduciary duty toward you in any capacity.

8. Admit that you understood that Brian Martin was never your business partner or a partner in the Videogames channel.

9. Admit that you understood that Marko Princip was your business partner or a Partner in the videogames channel.

10. Admit that you know that there was never a four-way partnership between You, Brandon Keating, Marko Princip, and Brian Martin.

11. Admit that you never contacted Brian Martin between the year 2013 and up to the trial of the 2016 Videogames Lawsuit.

12. Admit that You gave Marko Princip $1500 to invest in the Videogames YouTube channel.

13. Admit that You never gave Brian Martin any investment or money when invested in the Videogames YouTube channel.

6

14. Admit that Marko Princip committed Fraud on You in the videogames channel

15. Admit that Brian Martin did not fraud You in the videogames YouTube channel

16. Admit that Brian Martin was being paid by Marko Princip, the owner of the Videogames YouTube channel.

17. Admit that Brian Martin never made an appearance from 2014 up until the trial of the 2016 lawsuit in any of the hearings for the Videogames Lawsuit.

18. Admit that the Videogames YouTube channel is and was not worth $18,600,000

19. Admit that the Videogames lawsuit jury charge of $18,600,000 was excessive.

20. Admit that from 2014-2016, the videogames channel has not made over $1,000,000

21. Admit that from 2014-2016, the videogames channel has not made over $2,000,000

22. Admit that Marko Princip paid Brian Martin for working on the Videogames channel knowing that Marko Princip was defrauding you.

23. Admit that you originally asked for a maximum of $1,000,000 in damages in the Videogames lawsuit

24. Admit that Marko Princip intentionally defrauded you knowingly causing you damages.

**SECTION 2 – DALLAS LAWSUIT**

25. Admit that you had no actual evidence who created the Futuristichub YouTube channel

26. Admit that YouTube stated that YouTube owns all YouTube channels on their platform

7

27. Admit that You had no actual evidence as to the value of the YouTube channels subject to the judgment of the Dallas Lawsuit.

28. Admit that you never have witnessed Brian Martin, Holly Bone Martin, or anyone creating videos for any YouTube channel subject to all these matters.

29. Admit that you can not determine the actual damage value of the Dallas Lawsuit.

30. Admit that the appeal from the Dallas Lawsuit gave you a take nothing judgment

31. Admit that a take nothing judgment means that the damage amounts are zero for the Dallas Lawsuit.

32. Admit that in the Dallas Lawsuit you made the same identical claims as you did in the Collin County Lawsuit.

33. Admit that the original judgment of the Dallas Lawsuit awarded you no money award for the same claim you made in the Collin County Lawsuit.

34. Admit that the appeal of the Dallas Lawsuit reversed and rendered the same real estate claim you made in the Collin County Lawsuit.

**SECTION 3 – COLLIN COUNTY LAWSUIT**

35. Admit that you filed the Collin County Lawsuit after you filed the Dallas Lawsuit.

36. Admit that the same claims you made in the Dallas Lawsuit are identical claims you made in the Collin County Lawsuit

37. Admit that you purposely obtained a default judgment in the Collin County Lawsuit knowing that you received nothing a month prior in the judgment for the Dallas Lawsuit for the same claim

38. Admit that you defrauded the court by receiving a favorable outcome in the Collin County default judgment knowing you received an unfavorable one in the Dallas Lawsuit one month before the default judgment of the Collin County Lawsuit

**SECTION 4 – FALSE OATHS AND BANKRUPTCY MISREPRESENTATIONS**

39. Admit that at the meeting of creditors you made a false allegation to the trustee of finding a cryptocurrency wallet in an English home.

40. Admit that your allegations of finding a cryptocurrency wallet in an English home lead to the trustee not receiving the property.

**SECTION 5 – YOUTUBE BUSINESS**

41. Admit that You have worked on YouTube as a job

42. Admit that You understand YouTube owns every channel on the Platform.

43. Admit that You know that YouTube has roles such as manager, editor, moderator, owner, primary owner.

44. Admit that a person can be hired to help run a YouTube channel but not have any ownership or interest

45. Admit that a person can create videos for any YouTube channel and still not own any part of the YouTube business.

9

46. Admit that You have no actual evidence that Kevin Martin or his business Force Media did not create the CraftTastic YouTube channel in 2023

47. Admit that Kevin Martin and Force Media, LLC sent you a cease and desist letter to stay away from their YouTube channel business.

48. Admit that You are not a witness to how Brian Martin works on YouTube

49. Admit that anyone is allowed to be hired to work for anyone when it comes to YouTube content.

50. Admit that at the meeting of Creditors, Brian Martin explained perfectly how YouTube jobs work to the Trustee.

51. Admit that You are aware that Brian Martin is capable of teaching anyone how to be successful on YouTube.

52. Admit that Kevin Martin has a right to open his own YouTube channel about anything he wants.

53. Admit that Kevin Martin has a right to hire anyone he wants to do anything for his YouTube channels.

54. Admit that Kevin Martin has a right to do what ever he desires with his YouTube channels

10

Dated: November 26, 2025

Respectfully Submitted,

/s/ Brian Dennis Martin

BRIAN DENNIS MARTIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion for Clarification was served upon the following parties by the method indicated below on [11/26/2025]:

**MARK S. ROSEN**
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
email: MarkSRosen@aol.com; markrosen@markrosenlaw.com

☐ By hand delivery

☐ By United States mail, postage prepaid

☐ By overnight delivery service

☐ By facsimile transmission

☒ By electronic mail

☐ By electronic filing through the Court's CM/ECF system

**Dated:** ___November 26___, [2025]

**BRIAN DENNIS MARTIN**

Defendant in Pro Per

By: _____

BRIAN DENNIS MARTIN

11

IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA RIVERSIDE DIVISION

| | |
|---|---|
| **In Re BRIAN DENNIS MARTIN**<br><br>      **Debtor,**<br><br>**DAVID TYLER MOSS and FIDELISSIMUS, LLC,**<br><br>      **Plaintiffs,**<br><br>      **vs.**<br><br>**BRIAN DENNIS MARTIN,**<br><br>      **Defendant.** | Chapter 7 Case No. 6:25-bk-10944-MH<br>Adversary No.6:25-ap-0 I 055-RB<br><br>NOTICE FIRST SET REQUEST FOR ADMISSIONS TO FIDELISSIMUS, LLC<br><br>Date: November 26, 2025 |

# First Set of Request for Admissions to FIDELISSIUMUS, LLC

NOW COMES Defendant, BRIAN DENNIS MARTIN ("Defendant") pro se, and hereby serve upon Plaintiff, FIDELISSIMUS, LLC ("Plaintiff" or "You"), the following Requests for Admission, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7036.

You are required to serve written responses to these Requests for Admission within thirty (30) days after service.

Failure to timely respond will result in each matter being deemed admitted under Rule 36(a)(3). Any matter deemed admitted shall be conclusively established against You for all purposes in this adversary proceeding, including but not limited to the claims for relief under 11 U.S.C. 523 and 723, allegations of fraudulent intent, concealment of assets, false oaths, and alter-ego liability as set

1

forth in the complaint.

## I. DEFINITIONS

The following definitions apply to all Requests for admission:

**1. "You," "Your," or "Plaintiff"**

Means FIDELISSIMUS, LLC, including BRANDON KEATING, a named Plaintiff in this adversary proceeding, including his attorneys on record (Mark S. Rosen and Van T. Tran), agents, and representatives.

**2. "Defendant"**

Means BRIAN DENNIS MARTIN, the named defendant in this adversary proceeding.

**3. "Complaint"**

Means the operative Adversary Complaint filed in this action, including any amendments, asserting claims under 11 U.S.C. 523 and 727 for concealment of assets, false oaths, fraudulent transfers, alter-ego liability, and related misconduct.

**4. "Subject Account"**

Means the Videogames YouTube channel. https://www.youtube.com/user/videogames

**5. "Dallas Lawsuit"**

Means the lawsuit in the 68th Judicial District Court, Dallas Texas, Case No. DC-20-09893

2

**6. "Collin County Lawsuit"**

Means the lawsuit in the 429ᵗʰ Judicial District Court, Collin County, Texas, Case No. 429-05678-2020 which resulted in a default judgment pertaining to a real estate claim made on property 12452 Cajun Drive, Frisco, Texas 75035.

**7. "Videogames Lawsuit"**

Means the lawsuit that was conducted in the Northern District of Texas, Dallas Division, Case No. 3:14-CV-03088-BF, which resulted in a judgment for $18,600,000 on April 15, 2016, following a federal jury trial on claims including fraud, breach of fiduciary duty, and conspiracy. The initial judgment that initiated the Collin County lawsuit and the Dallas Lawsuit for collection purposes.

## II. INSTRUCTIONS

The Following Instructions apply to every Request for admission:

1. Duty to Admit or Deny Under Rule 36

You are required to admit or deny each matter set forth below, in writing, within thirty (30) days of service, as required by rule 36 of the Federal Rules of Civil Procedure, made applicable through Bankruptcy Rule 7036.

Your response must be signed as required by Rule 26(g).

2. Failure to Respond = Admissions

3

Under Rule 36(a)(3), failure to timely respond will result in each matter being deemed admitted and conclusively established for all purposes in this adversary proceeding, including but not limited to:

- concealment of assets under 727(a)(2),
- false oaths under 727(a)(4),
- fraud and willful injury under 523,
- alter-ego liability and fraudulent transfer allegations.

3. Requirements for any Denial (Rule 36(a)(4))

Your responses must comply with Rule 36(a)(4):

1. If you Deny a request, you must specifically deny the matter or set forth in detail why you cannot truthfully admit or deny it.
2. Any denial must fairly respond to the substance of the request.
3. If good faith requires a qualification or partial denial, you must specify the portion admitted and qualify or deny the remainder
4. You may assert lack of knowledge or information only if You state that You have made a reasonable inquiry and that the information known or readily obtainable is insufficient to admit or deny.

**4. No Evasion Through Lack of Information**

You may not claim lack of knowledge or information unless You affirmatively state that:

- You conducted a reasonable inquiry,
- You sought information from third parties with knowledge.
- And the information known or obtainable is still insufficient

**5. No Objection Based on "Issue for Trial"**

You may not object to any Request on the basis that it addresses a matter in dispute or presents an issue for trial. Rule 36 expressly prohibits such objections.

4

**6. Continuing Duty to Supplement**

These Requests are continuing in nature.

Under Rule 26(e), You must supplement your responses if You learned that an answer is incomplete, incorrect, misleading, or affected by newly discovered information, including:

- bank statements,
- foreign account activity,
- MCN payout records,
- YouTube/Adsense monetization data,
- or any asset transfers relating to this proceeding,

## III. REQUESTS FOR ADMISSION
## SECTION 1 – VIDEOGAMES YOUTUBE CHANNEL AND VIDEOGAMES LAWSUIT

1. Admit that Marko Princip and You entered into a partnership agreement for the

Videogames YouTube channel.

2. Admit that You signed a contract/agreement with Marko Princip.

3. Admit that You did not sign any contract or agreement with Brian Martin.

5

4. Admit that You and Brian Martin never made any verbal agreements of any kind regarding the Videogames YouTube Channel.

5. Admit that Brian Martin told you he was not interested in working with you in any business.

6. Admit that Marko Princip breached the Videogames agreement you made with him.

7. Admit that Brian Martin didn't breach any contract with you should one never have existed.

8. Admit that Brian Martin had no fiduciary duty toward you in any capacity.

9. Admit that you understood that Brian Martin was never your business partner or a partner in the Videogames channel.

10. Admit that you understood that Marko Princip was your business partner or a Partner in the videogames channel.

11. Admit that you know that there was never a four-way partnership between You, David Tyler Moss, Marko Princip, and Brian Martin.

12. Admit that you and Marko Princip made a partnership agreement in an email behind Brian Martin's back

13. Admit in a skype call with Brian Martin and Marko Princip that you were trying to obtain a three way partnership with Brian and Marko.

6

14. Admit that your proposal on a three-way partnership with Brian and Marko was behind David Tyler Moss' back.

15. Admit that You gave Marko Princip $1500 to invest in the Videogames YouTube channel.

16. Admit that You never gave Brian Martin any investment or money when invested in the Videogames YouTube channel.

17. Admit that Marko Princip committed Fraud on You in the videogames channel

18. Admit that Brian Martin did not fraud/scam You in the videogames YouTube channel

19. Admit that you said Brian Martin did not scam you in the videogames channel when you were on a live stream using the Videogames YouTube channel.

20. Admit that Brian Martin was being paid by Marko Princip, the owner of the Videogames YouTube channel.

21. Admit that in 2014, Brian asked to see your agreement with Marko Princip pertaining to the Videogames Channel

22. Admit that in 2014 when Brian asked to see your agreement with Marko Princip pertaining to the Videogames Channel that you refused to show Brian the contract.

23. Admit that Brian Martin never made an appearance from 2014 up until the trial of the 2016 lawsuit in any of the hearings for the Videogames Lawsuit.

7

24. Admit that you were aware that Marko Princip may be keeping important information about the videogames lawsuit from Brian Martin.

25. Admit that the Videogames YouTube channel is and was not worth $18,600,000

26. Admit that the Videogames lawsuit jury charge of $18,600,000 was excessive.

27. Admit that you created a video stating that you and David Tyler Moss originally asked for $1,000,000 in damages in the Videogames lawsuit but due to the contempt of Brian Martin's behavior at the trial the jury added excessive charges.

28. Admit that from 2014-2016, the videogames channel has not made over $1,000,000

29. Admit that from 2014-2016, the videogames channel has not made over $2,000,000

30. Admit that Marko Princip paid Brian Martin for working on the Videogames channel knowing that Marko Princip was defrauding you.

31. Admit that you originally asked for a maximum of $1,000,000 in damages in the Videogames lawsuit

32. Admit that Marko Princip intentionally defrauded you knowingly causing you damages.

**SECTION 2 – DALLAS LAWSUIT**

33. Admit that you had no actual evidence who created the Futuristichub YouTube channel

34. Admit that YouTube stated that YouTube owns all YouTube channels on their platform

35. Admit that You had no actual evidence as to the value of the YouTube channels subject to the judgment of the Dallas Lawsuit.

8

36. Admit that you never have witnessed Brian Martin, Holly Bone Martin, or anyone creating videos for any YouTube channel subject to all these matters.

37. Admit that you can not determine the actual damage value of the Dallas Lawsuit.

38. Admit that the appeal from the Dallas Lawsuit gave you a take nothing judgment

39. Admit that a take nothing judgment means that the damage amounts are zero for the Dallas Lawsuit.

40. Admit that in the Dallas Lawsuit you made the same identical claims as you did in the Collin County Lawsuit.

41. Admit that the original judgment of the Dallas Lawsuit awarded you no money award for the same claim you made in the Collin County Lawsuit.

42. Admit that the appeal of the Dallas Lawsuit reversed and rendered the same real estate claim you made in the Collin County Lawsuit.

**SECTION 3 – COLLIN COUNTY LAWSUIT**

43. Admit that you filed the Collin County Lawsuit after you filed the Dallas Lawsuit.

44. Admit that the same claims you made in the Dallas Lawsuit are identical claims you made in the Collin County Lawsuit

45. Admit that you purposely obtained a default judgment in the Collin County Lawsuit knowing that you received nothing a month prior in the judgment for the Dallas Lawsuit for the same claim

46. Admit that you defrauded the court by receiving a favorable outcome in the Collin

9

County default judgment knowing you received an unfavorable one in the Dallas Lawsuit one month before the default judgment of the Collin County Lawsuit

## SECTION 4 – FALSE OATHS AND BANKRUPTCY MISREPRESENTATIONS

47. Admit that at the meeting of creditors you made a false allegation to the trustee of Brian Martin purchasing two mobile homes in the State of California

48. Admit that your allegations of Brian Martin purchasing two mobile homes were false.

## SECTION 5 – YOUTUBE BUSINESS

49. Admit that You have worked on YouTube as a job

50. Admit that You understand YouTube owns every channel on the Platform.

51. Admit that You know that YouTube has roles such as manager, editor, moderator, owner, primary owner.

52. Admit that a person can be hired to help run a YouTube channel but not have any ownership or interest

53. Admit that a person can create videos for any YouTube channel and still not own any part of the YouTube business.

54. Admit that You have no actual evidence that Kevin Martin or his business Force Media did not create the CraftTastic YouTube channel in 2023

10

55. Admit that Kevin Martin and Force Media, LLC sent you a cease and desist letter to stay away from their YouTube channel business.

56. Admit that you were aware Kevin Martin was drunk when you were having discussions with him on a recorded call.

57. Admit that You are not a witness to how Brian Martin works on YouTube

58. Admit that anyone is allowed to be hired to work for anyone when it comes to YouTube content.

58. Admit that at the meeting of Creditors, Brian Martin explained perfectly how YouTube jobs work to the Trustee.

51. Admit that You are aware that Brian Martin is capable of teaching anyone how to be successful on YouTube.

52. Admit that Kevin Martin has a right to open his own YouTube channel about anything he wants.

53. Admit that Kevin Martin has a right to hire anyone he wants to do anything for his YouTube channels.

54. Admit that Kevin Martin has a right to do what ever he desires with his YouTube channels

55. Admit that You asked Brian Martin to teach you how to make money on YouTube because you know he is knowledgeable to teach anyone.

11

**SECTION 6 – LLC OPERATIONS**

56. Admit that you did not legally transfer interest in any judgment subject to this proceeding to Fidelissimus, LLC

57. Admit Fidelissimus, LLC is the Alter-ego of Brandon Keating alone.

Dated: November 26, 2025

Respectfully Submitted,

/s/ Brian Dennis Martin

BRIAN DENNIS MARTIN

12

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion for Clarification was served upon the following parties by the method indicated below on [11/26/2025]:

**MARK S. ROSEN**
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel:  (714) 285-9838
email: MarkSRosen@aol.com; markrosen@markrosenlaw.com

☐ By hand delivery

☐ By United States mail, postage prepaid

☐ By overnight delivery service

☐ By facsimile transmission

☒ By electronic mail

☐ By electronic filing through the Court's CM/ECF system

**Dated:**  November 26   , [2025]

**BRIAN DENNIS MARTIN**

Defendant in Pro Per

By: _____

BRIAN DENNIS MARTIN

13