BRIAN MARTIN, In Pro Per

941 Cimarron Lane

Corona CA 92879

(840)-207-1860

xbrianmartinx@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA RIVERSIDE DIVISION

**In Re BRIAN DENNIS MARTIN**

**DAVID TYLER MOSS and FIDELISSIMUS, LLC,**

     **Plaintiffs,**

     **vs.**

**BRIAN DENNIS MARTIN,**

     **Defendant.**

Chapter 7 Case No. 6:25-bk-10944-RB
Adversary No.6:25-ap-01055-RB

**AMENDED MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF DEPOSITION SUBPOENA UPON NON-PARTY ROBERT DOYLE WILSON**

Date:

Time:

Courtroom: 303

PLACE: 3420 12th Ave., Riverside CA

**AMENDED MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF DEPOSITION SUBPOENA UPON NON-PARTY ROBERT DOYLE WILSON**

**TO THE HONORABLE MAGDALENA REYES BORDEAUX**

**JUDGE OF THE UNITED STATES BANKRUPTCY COURT**

1
AMENDED MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF
DEPOSITION SUBPOENA UPON NON-PARTY ROBERT DOYLE WILSON

**I. INTRODUCTION** On April 28, 2026, during a hearing held in the above-captioned matter, the Honorable Magdalena Bordeaux directed the Defendant to amend the pending Motion for Alternative Service to ensure compliance with the discovery rules applicable to adversary proceedings. Pursuant to the Court's instruction at said hearing, the Defendant respectfully submits this Amended Motion to provide for the requested procedural corrections.

**II. BASIS FOR RELIEF** Defendant seeks to take the deposition of the witness Robert Doyle Wilson ("Witness") regarding his involvement in the underlying lawsuit that resulted in the debt at issue in this proceeding. Traditional personal service, as required by Fed. R. Civ. P. 45, has been attempted but was unsuccessful despite diligent efforts.

**III. PROCEDURAL PROPRIETY** Defendant acknowledges that as this matter is an adversary proceeding, discovery is governed by the Part VII rules of the Federal Rules of Bankruptcy Procedure. Accordingly, the Defendant is proceeding under the authority of **FRBP 7030** (incorporating Fed. R. Civ. P. 30) and **FRBP 9016** (incorporating Fed. R. Civ. P. 45), rather than FRBP 2004.

**IV. PROPOSED ALTERNATIVE SERVICE** To satisfy due process, Defendant proposes the following alternative service methods, which are reasonably calculated to provide the Witness with actual notice:

    1. **Electronic Mail:** Serving the subpoena and all supporting documents via email to the Witness's verified address: rwilson429@aol.com.

2

AMENDED MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF
DEPOSITION SUBPOENA UPON NON-PARTY ROBERT DOYLE WILSON

2. **Posting:** Posting a copy of the subpoena at the Witness's last known residence address: 1900 Preston Rd, Ste 267 PMB 72, Plano, TX 75093-3604.

3. **Confirmation:** Requiring the Witness to provide written confirmation of receipt within five (5) days of service.

**V. CONCLUSION** WHEREFORE, Defendant respectfully requests that this Court enter an order authorizing the alternative service described above.

Dated: April 28, 2026

Respectfully submitted,

Brian Dennis Martin, Defendant in Pro Se

3

AMENDED MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF
DEPOSITION SUBPOENA UPON NON-PARTY ROBERT DOYLE WILSON

## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing motion for AMENDED MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF DEPOSITION SUBPOENA UPON NON-PARTY ROBERT DOYLE WILSON  was served upon the following parties by the method indicated below on [4/28/2026]:

**MARK S. ROSEN**
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel:  (714) 285-9838
email: MarkSRosen@aol.com; markrosen@markrosenlaw.com

☐ By hand delivery

☐ By United States mail, postage prepaid

☐ By overnight delivery service

☐ By facsimile transmission

☒ By electronic mail

☒ By electronic filing through the Court's CM/ECF system

DATED: April 28, 2026

By: Brian Dennis Martin
Pro Se Defendant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 941 Cimarron Lane, Corona CA 92879


A true and correct copy of the foregoing document entitled (*specify*): _____
 AMENDED MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF DEPOSITION SUBPOENA UPON   
 ROBERT DOYLE WILSON   
 _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/28/2026 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 trustee.bui@shulmanbastian.com, C115@ecfcbis.com
 marksrosen@aol.com, pattielegalasst@aol.com, ustpregion16.rs.eft@usdoj.gov, xbrianmartinx@gmail.com


☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/28/2026 | Holly Bone | | |
| --- | --- | --- | --- |
| Date | Printed Name | | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**