| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF CALIFORNIA | TRANSCRIPT and/or AUDIO FILE ORDER FORM Please use one form per case *Please read instructions on next page* | COURT USE ONLY DUE DATE: |
|---|---|---|

| **1a.** CONTACT PERSON FOR THIS ORDER Brandon Keating | **2a.** CONTACT PHONE NUMBER 847-287-5501 | **3a.** CONTACT EMAIL ADDRESS semperfidelissimus@gmail.com |
|---|---|---|
| **1b.** ATTORNEY NAME (if different) Mark Rosen | **2b.** ATTORNEY PHONE NUMBER 7142859838 | **3b.** ATTORNEY EMAIL ADDRESS marksrosen@aol.com |

| **4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) 27281 Las Ramblas, Ste. 200 Mission Viejo, California | **5.** CASE NAME David Moss v Brian Martin | **6.** CASE NUMBER 6:25-ap-01055 |
|---|---|---|

**7.** TRANSCRIPT and/or AUDIO REQUESTED: Specify portion(s) and date(s) of proceeding(s) for which transcript or audio is requested, format(s), and delivery type:

| **a.** HEARING(S) (OR PORTIONS OF HEARINGS) | | | **b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of transcripts only.)* | | | | | **c.** DELIVERY TYPE (Choose one per line – Transcripts Only) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE | PORTION (full day or which half day) | TRANSCRIPTS PDF (email) | TRANSCRIPTS PAPER (mail) | | AUDIO Electronic Download ($34) | AUDIO Flash Drive ($34) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
| 4/28/2026 | Hon. Bordeaux | 2PM and after | ☐ | ☐ | | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**d.** TRANSCRIPTION COMPANY SELECTED (You – requester – are required to send this form to the transcription company you select as well as file with the Clerk's Office.)
audio only

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.           [Audio format, ☐ FTR, ☑ MP3, ☐ Both]

| ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges as required. **9.** SIGNATURE Brandon G Keating | **10.** DATE 4-29-2026 |
|---|---|

# INSTRUCTIONS

Use this form to order the transcription or audio file of a record of proceedings.

1.  Complete a separate order form for each case number for which transcripts or audio files are ordered.

2.  Complete Items 1-10 on the order form. Keep a copy of your completed order form for your records.

3.  E-file this form in the Bankruptcy Court CM/ECF system. ***Non e-filers:*** file this form with the Clerk's Office. **For audio files**, pay the fee and wait to be contacted.

4.  Select the transcription service you prefer from the list on the court's website. Deliver a copy of this form to them and arrange for payment directly with them.

5.  Delivery time is computed from the date the transcriber receives the deposit and has all other information necessary to produce the transcript from you.

6.  A deposit fee may be required an is an estimate determined by the transcriber. Any overage will be refunded; any shortage will be due from you.

## FORM COMPLETION INSTRUCTIONS (ITEMS 1-10):

Items 1-3:  In fields 1a, 2a & 3a, please provide the contact name and information for the person responsible for ordering the transcript or audio. In a law office, this may be a paralegal or administrative assistant instead of the attorney. In fields 1b, 2b & 3b, provide the attorney name and contact info of the attorney wanting the transcript or audio file if the attorney is not the contact person.

Items 5-6:  Only one case name and number may be listed per order.

Item 7a:  List specific date(s) of the proceedings for which transcript or audio is requested. A transcript of only a portion of a proceeding may be ordered by half day only.

Item 7b:  Select desired FORMAT(S) for transcript(s) and or audio file(s). There is an additional charge for each format ordered. Unlock CM/ECF access to transcripts is included at no extra charge with transcript purchase.

Item 7c:  There are 6 DELIVERY TYPES to choose from (times are computed from date of receipt of the deposit fee or DCN number). NOTE: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, the 14-day delivery rate would be charged.  Visit https://www.uscourts.gov/services-forms/federal-court-reporting-program#rates for maximum transcript rates.

TRANSCRIPT DELIVERY TIMES:
- ORDINARY - 30 calendar days.
- 14-DAY - 14 calendar days.
- EXPEDITED - 7 calendar days.
- 3-DAY - 3 calendar days.
- DAILY (NEXT DAY) - Following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
- HOURLY (SAME DAY) - within two (2) hours.

Item 7d:  List the transcription company you have selected if appropriate.  Companies are listed at:  https://www.casb.uscourts.gov/transcripts-and-audio

Item 9:  Sign in this space to certify that you will pay all charges (the deposit plus any additional charges.) An electronic or conformed (/s/) signature is acceptable.

Item 10:  Enter the date of signing the order and certification.

**Please communicate with the Transcriber and the Clerk's Office in advance to ensure HOURLY, DAILY, or 3-DAY transcripts can be produced on time.**