BRIAN MARTIN, In Pro Per

941 Cimarron Lane

Corona CA 92879

(840)-207-1860

xbrianmartinx@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA RIVERSIDE DIVISION

| | |
|---|---|
| **In Re BRIAN DENNIS MARTIN** | Chapter 7 Case No. 6:25-bk-10944-RB<br>Adversary No.6:25-ap-01055-RB |
| **DAVID TYLER MOSS and FIDELISSIMUS, LLC,**<br><br>     **Plaintiffs,**<br><br>     **vs.**<br><br>**BRIAN DENNIS MARTIN,**<br><br>     **Defendant.** | **DEFENDANTS EMERGENCY EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND FRAUD UPON THE COURT**<br><br>Date:<br><br>Time:<br><br>Courtroom: 301<br><br>PLACE: 3420 12th Ave., Riverside CA |

**DEFENDANTS EMERGENCY EX PARTE APPLICATION FOR AN ORDER
TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD
NOT BE DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND
FRAUD UPON THE COURT**

**TO THE HONORABLE MAGDALENA REYES BORDEAUX**

**JUDGE OF THE UNITED STATES BANKRUPTCY COURT**

1

DEBTOR'S EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE
WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED
WITH PREJUDICE FOR LACK OF STANDING AND FRAUD UPON THE
COURT

Defendant and Debtor, Brian Dennis Martin ("Defendant"), hereby moves this Court *ex parte* for an **Order to Show Cause (OSC)** directed at Plaintiffs Fidelissimus, LLC and David Tyler Moss, and their counsel of record, Mark Rosen, requiring them to appear and show cause why this Adversary Proceeding should not be dismissed with prejudice.

## I. STATEMENT OF FACTS

1. **The Standing Misrepresentation:** Plaintiffs initiated this Adversary Proceeding asserting that Fidelissimus, LLC is a "Real Party in Interest" and a lawful creditor.

2. **The 2026 Abstract:** An Abstract of Judgment issued by the court on **April 13, 2026** (attached as Exhibit 1) identifies **Brandon Keating** as the sole judgment creditor. Fidelissimus, LLC is a legal stranger to the official record.

3. **The Keating Affidavit:** Plaintiffs have previously relied on an affidavit from Brandon Keating (attached as Exhibit 2) claiming a private assignment occurred in 2019. However, Plaintiffs have failed to record this assignment or comply with the mandatory requirements of **Fed. R. Bankr. P. 3001(e)(2)**.

4. **Admission of Counsel:** On May 7, 2026, Plaintiffs' counsel, Mark Rosen, admitted via telephone that no assignment of judgment has been filed or recorded with any court clerk in the six years since the purported transfer occurred.

## II. ARGUMENT

1. **Jurisdictional Nullity:** Standing is an essential element of federal jurisdiction. Because Fidelissimus, LLC was not the "Assignee of Record" at the time of filing— and remains a stranger to the debt per the April 2026 Abstract—it lacked Article III standing at inception.

DEFENDANTS EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND FRAUD UPON THE COURT

2. **Abuse of Process:** By representing to the Court and the U.S. Trustee that the LLC held the legal rights to this claim while purposefully withholding the fact that no such transfer was ever recorded, Plaintiffs have committed a fraud upon the court.

3. **Expired Statute of Limitations:** The deadline to file an adversary proceeding has passed. As this action was jurisdictionally defective from its inception, it cannot be "cured" by substituting Brandon Keating after the 60-day bar date.

**III. CONCLUSION** The Defendant requests that this Court issue an Order to Show Cause requiring Plaintiffs to provide admissible evidence of a court-stamped, recorded assignment of judgment pre-dating the filing of this action, failing which this Adversary Proceeding must be dismissed with prejudice.

Dated: May 8, 2026

Respectfully submitted,

Brian D Martin, Defendant in Pro Per

DEFENDANTS EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND FRAUD UPON THE COURT

DECLARATION OF BRIAN MARTIN IN SUPPORT OF DEBTOR'S EX PARTE

APPLICATION FOR AN ORDER TO SHOW CAUSE

I, **Brian Martin**, declare as follows:

1. I am the Debtor and Defendant in the above-captioned adversary proceeding. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On April 13, 2026, I obtained an official **Abstract of Judgment** from the clerk of the court in the underlying state matter. A true and correct copy of this Abstract is attached hereto as **Exhibit 1**.

3. I have reviewed Exhibit 1 and noted that it identifies **Brandon Keating** as the sole judgment creditor. The name of Plaintiff **Fidelissimus, LLC** does not appear anywhere on this official record of the debt.

4. On April 14, 2026 I sent request for productions to the Plaintiffs counsel Mark Rosen, to see an assignment of transfer or any such document that forms a chain of title.

5. On April 30, 2026, I submitted a report to the United States Trustee Office detailing the standing issue and fraud and on May 4, 2026 I received a response via email from the Assistant United States Trustee they received and will monitor the situation.

6. On May 7, 2026, I had a telephonic discussion with Plaintiffs' counsel, **Mark Rosen**. During this conversation, Mr. Rosen admitted that no assignment of judgment has been filed or recorded with any court clerk in the approximately six

DEFENDANTS EX PARTE APPLICATION FOR AN ORDER TO SHOW
CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE
DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND FRAUD
UPON THE COURT

years since the purported transfer from Brandon Keating to Fidelissimus, LLC took place.

7. Later that evening, I sent a letter to Mark Rosen about the standing issues and the confirmation from him I received regarding the production of documents.

8. Based on my review of the court's docket in this Adversary Proceeding, Plaintiffs have failed to file any **Evidence of Transfer of Claim** as required by Federal Rule of Bankruptcy Procedure 3001(e)(2).

9. I have reviewed the Amended Complaint filed by Plaintiffs in this matter. In that complaint, Plaintiffs and their Counsel on record collectively represent to this Court that Fidelissimus, LLC is a creditor with the legal standing to bring this action.

10. Based on the April 13, 2026 Abstract of Judgment and the admissions of Plaintiffs' counsel, I believe the Plaintiffs have knowingly misrepresented their standing to this Court and that Fidelissimus, LLC was a "stranger" to the judgment at the time this action was initiated.

11. I am seeking *ex parte* relief because this jurisdictional defect renders the entire proceeding a nullity, and I am suffering ongoing prejudice as a result of a lawsuit maintained by a party with no legal right to be before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of May, 2026, at Corona, California.

Brian Martin, Declarant

5
DEFENDANTS EX PARTE APPLICATION FOR AN ORDER TO SHOW
CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE
DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND FRAUD
UPON THE COURT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
941 Cimarron Lane, Corona CA 92879

A true and correct copy of the foregoing document entitled (*specify*): _____
DEFENDANTS EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY
THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED WITH PREJUDICE FOR LACK OF STANDING
AND FRAUD UPON THE COURT
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/08/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  trustee.bui@shulmanbastian.com, C115@ecfcbis.com
  marksrosen@aol.com, pattielegalasst@aol.com, ustpregion16.rs.eft@usdoj.gov, xbrianmartinx@gmail.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/08/2026 | Holly Bone | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

## DECLARATION OF NOTICE REGARDING EX PARTE APPLICATION

I, Brian Martin, declare as follows:

1. I am the Defendant/Debtor in this action, proceeding *pro se*.

2. On May 8, 2026, at approximately 10:15 AM, I provided notice of this *Ex Parte* Application to Plaintiffs' counsel, Mark Rosen, via telephone at 714-285-9838

3. I informed Mr. Rosen of the nature of the relief sought (Order to Show Cause regarding standing and fraud) and that I would be filing the application today with the Riverside Bankruptcy Court.

4. Mr. Rosen acknowledged the notice by saying "Ok." and the call ended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2026.

**Brian Martin**

6
DEFENDANTS EX PARTE APPLICATION FOR AN ORDER TO SHOW
CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE
DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND FRAUD
UPON THE COURT

# EXHIBIT 1

# ABSTRACT OF JUDGMENT

United States District Court
Northern District of Texas
Dallas Division

Civil Action No. 3:14-cv-03088-M

I, the Clerk of the United States District Court for the Northern District of Texas, Dallas
Division, certify that in the case styled:

David Tyler Moss and Brandon Keating, Plaintiffs,
v.
Brian Martin and Marko Princip, Defendants,

Final Judgment was entered on April 15, 2016, in favor of Plaintiffs and against Defendants.

The judgment awards:
• $2,100,000.00 to David Tyler Moss, jointly and severally;
• $2,100,000.00 to Brandon Keating, jointly and severally;

Plus exemplary damages as set forth in the Final Judgment.

Post-judgment interest accrues at the rate of 0.55% per annum until paid.

There remains due and owing in excess of $4,200,000.00, plus interest and costs.

Issued this 13th day of April , 2026.


Clerk of Court
Clerk of Court
United States District Court
Northern District of Texas

By: s/Yolanda Pace
Deputy Clerk

# EXHIBIT 2

Exhibit D

CAUSE NO. DC-20-09893

| | | |
|---|---|---|
| DAVID TYLER MOSS and<br>FIDELISSIMUS, LLC<br><div align="center">*Plaintiffs*,</div> | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | 68th JUDICIAL DISTRICT |
| MARKO PRINCIP, INDIVIDUALLY,<br>D/B/A VIDEOGAMES YOUTUBE<br>CHANNEL, D/B/A ACHIEVEMENT<br>GUIDE, AND D/B/A GAME GUIDE,<br>LLC and BRIAN MARTIN,<br><div align="center">*Defendants*.</div> | §<br>§<br>§<br>§<br>§<br>§ | DALLAS COUNTY, TEXAS |

**AFFIDAVIT OF BRANDON KEATING**

STATE OF _Oregon_    §
                                §
COUNTY OF _Lincoln_  §

Before me, the Undersigned Notary Public, personally appeared Brandon Keating, who after being duly sworn, testified and deposed as follows:

"1. My name is Brandon Keating. I am over 18 years of age and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. On April 15, 2016 United States Magistrate Judge Paul D. Stickney signed a final Judgment against Brian Martin and Marko Princip (d/b/a several entities) for $18,600,000.00 for fraud and other causes of action. I was one of the two named Plaintiffs in that lawsuit. On January 16, 2019, the Judgment was affirmed by the 5th Circuit Court of Appeals of the United States.

3. I have received no payments to satisfy the Judgment.

4. On November 20, 2019, I assigned all of my rights, title, and interest in the Judgment to Fidelissimus, LLC.

Affidavit of Brandon Keating re Text Messages from Martin                                                    1

5. Fidelissimus, LLC and David Tyler Moss have recently taken steps to enforce collection of the Judgment, including domesticating the judgment in the Dallas District Court.

6. On or around August 8, 2020 I received several messages through the videoconferencing application Skype from Brian Martin, one of the Defendants. They included an offer to settle for $500,000.00. ("Here's the offer. $500k upfront. And we walk.").

7. The Skype messages also included a clear statement that he is aware of the current proceedings, is intentionally concealing his financial records, and has contempt for the proceedings. ("He [attorney Dan Wyde] will get nothing from me as I have nothing to trace and I am aware of his bullsh*t papers and not even those filings will break ne [sic]."). A screenshot of the relevant text messages are attached to this Affidavit as Exhibit 1.

7. The Skype messages depicted in Exhibit 1 to this affidavit were sent to me by Brian Martin and are authentic."

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brandon Keating

Subscribed and sworn to before me on _Sept. 4ᵗʰ_____, 2020, by Brandon Keating.

_____
NOTARY PUBLIC
STATE OF _Oregon_

MY COMMISSION EXPIRES: _01/17/2022_



OFFICIAL STAMP
HOLLY R KLENA
NOTARY PUBLIC – OREGON
COMMISSION NO. 970363
MY COMMISSION EXPIRES JANUARY 17, 2022

Affidavit of Brandon Keating re Text Messages from Martin                                         2