MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92701
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

FILED & ENTERED

MAY 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK

Attorneys for Plaintiffs DAVID TYLER MOSS and FIDELISSIMUS, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In Re BRIAN DENNIS MARTIN,<br><br>    Debtor.<br>_____<br><br>DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BRIAN DENNIS MARTIN,<br><br>    Defendant.<br>_____ | Case No. 6:25-bk-10944-RB<br><br>Chapter 7<br><br>Adversary No. 6:25-ap-01055-RB<br><br>**ORDER GRANTING EXTENSION OF DISCOVERY CUTOFF**<br><br>Hearing:<br>Date: January 27, 2026<br>Time: 2:00 p.m.<br>Ctrm: 303<br><br>Judge: Hon. Magdalena Reyes Bordeaux |

On January 27, 2026, the above-captioned adversary proceeding came before the Court for hearing. Mark S. Rosen and Van T. Tran appeared on behalf of Plaintiffs David Tyler Moss and

– 1 –

Fidelissimus, LLC. Defendant Brian Dennis Martin appeared in pro per. The Court, having considered the matters set for hearing, the pleadings and papers on file, the arguments of the parties, and the entire record in this adversary proceeding, and having previously ruled on the record extending the discovery cutoff in this adversary proceeding by one hundred twenty (120) days, and good cause appearing therefor, hereby enters this Order memorializing that ruling.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:**

1. The discovery cutoff in the above-captioned adversary proceeding is **extended by one hundred twenty (120) days**, through and including **May 27, 2026**.

2. All other dates and deadlines previously set by the Court in this adversary proceeding shall remain in full force and effect, except as may be necessary to conform to the new discovery cutoff established by this Order.

3. Nothing in this Order shall be construed as a ruling on the merits of any pending or future discovery dispute, motion to compel, or motion for protective order.

4. This Order memorializes the Court's prior ruling extending the discovery cutoff and is effective as of the date the ruling was announced on the record.

### 

Date: May 11, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

– 2 –