FILED & ENTERED

MAY 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN DENNIS MARTIN,<br><br>Debtor. | **Case No.: 6:25-bk-10944-RB**<br><br>**Chapter 7**<br><br>**Adv. Proc.: 6:25-ap-01055-RB** |
| DAVID TYLER MOSS and FIDELISSIMUS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN DENNIS MARTIN,<br><br>Defendant. | **ORDER SETTING RESPONSE DEADLINE FOR DEFENDANTS *[SIC]* EMERGENCY EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY THIS ADVERARY PROCEEDING SHOULD NOT BE DISMISSED WITH PREJUDICE FOR LACK OF STANDING AND FRAUD UPON THE COURT** |

Defendants *[sic]* Emergency Ex Parte Application for an Order to Show Cause Why this Adversary Proceeding Should Not be Dismissed with Prejudice for Lack of Standing and Fraud Upon the Court ("Application"), ECF Doc No. 142, was filed on May 8, 2026. Pursuant to LBR 9020-1(b) a responding party has seven (7) days to object to the issuance of an order. Any

responses to the Application are due May 15, 2026. Pursuant to LBR 9020-1(d)(2), no hearing on this Application will be held unless the court so orders.

### 

Date: May 11, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

1

[CAPTION]