MARK S. ROSEN (S.B.N. 72431)
Attorney at Law
27281 Las Ramblas, Ste. 200
Mission Viejo, California 92691
Tel: (714) 285-9838
marksrosen@aol.com

VAN T. TRAN (S.B.N. 174264)
Attorney at Law
1502 N. Broadway
Santa Ana, California 92706
Tel: (949) 260-8404
Fax: (714) 998-4663
tranesq@aol.com

Attorneys for Plaintiffs DAVID TYLER MOSS
and FIDELISSIMUS, LLC

FILED & ENTERED

MAY 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

In Re BRIAN DENNIS MARTIN,

    Debtor.

_____

DAVID TYLER MOSS and
FIDELISSIMUS, LLC,

    Plaintiffs,

vs.

BRIAN DENNIS MARTIN,

    Defendant.

_____

Case No. 6:25-bk-10944-MH

Chapter 7

Adversary No. 6:25-ap-01055-RB

**ORDER GRANTING PLAINTIFFS'
MOTION FOR SECOND EXTENSION
OF DISCOVERY CUTOFF**

    The Court, having considered Plaintiffs' Motion for Second Extension of Discovery Cutoff (the "Motion") filed by Plaintiffs David Tyler Moss and Fidelissimus, LLC, the supporting Memorandum of Points and Authorities and Declaration of Mark S. Rosen, and the entire record in this adversary proceeding, and good cause appearing therefor:

– 1 –

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:**

1.  The Motion is **GRANTED**.

2.  The discovery cutoff in the above-captioned adversary proceeding is hereby **extended through and including August 31, 2026**.

3.  All other dates and deadlines previously set by the Court in this adversary proceeding shall remain in full force and effect, except as may be necessary to conform to the new discovery cutoff established by this Order.

4.  Nothing in this Order shall be construed as a ruling on the merits of any pending or future discovery dispute, motion to compel, or motion for protective order, including the four motions to compel presently set for hearing on June 2, 2026.

5.  This Order is effective immediately upon entry.

###

Date: May 12, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

– 2 –