FILED & ENTERED

MAY 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | **Case No.: 6:25-bk-10944-RB** |
| BRIAN DENNIS MARTIN, | **Chapter 7** |
| Debtor. | **Adv. Proc. No.: 6:26-ap-01055-RB** |
| DAVID TYLER MOSS ET AL, | **ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |
| Plaintiff, | |
| vs. | |
| BRIAN MARTIN, | |
| Defendant. | |

//
//
//
//
//
//

On December 18, 2025, Defendant filed a Motion for Protective Order ("Motion"). ECF Doc. 54.

On April 28, 2026, the Court held a hearing on the Motion. After reviewing the Motion, the relevant case documents, the procedural history of the case, and considering the arguments presented by the parties,

**IT IS ORDERED** that:

1.    the Motion is denied.

###

Date: May 20, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

1
[CAPTION]