United States Bankruptcy Court

Central District of California

Moss,

    Plaintiff

Martin,

    Defendant

Adv. Proc. No. 25-01055-RB

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: pdf031 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Mark Stuart Rosen, Attorney at Law, 27281 Las Ramblas, Suite 200, Mission Viejo, CA 92691-8303 |
| dft | + | Brian Dennis Martin, 941 Cimarron Lane, Corona, CA 92879-8232 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ptnr | + Email/Text: michael.berger@bankruptcypower.com | May 21 2026 02:38:00 | Michael Jay Berger, The Law Offices of Michael Jay Berger, 9454 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212-2980 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | David Tyler Moss |
| pla | | Fidelissimus, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joshua R Engle | on behalf of Defendant Brian Dennis Martin josh@plgoc.com |

District/off: 0973-6                          User: admin                              Page 2 of 2
Date Rcvd: May 20, 2026                       Form ID: pdf031                          Total Noticed: 3

Lynda T. Bui (TR)
                    trustee.bui@shulmanbastian.com  C115@ecfcbis.com,RPodorovsky@shulmanbastian.com

United States Trustee (RS)
                    ustpregion16.rs.ecf@usdoj.gov


TOTAL: 3

FILED & ENTERED

MAY 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>BRIAN DENNIS MARTIN,<br><br>       Debtor. | **Case No.: 6:25-bk-10944-RB**<br><br>**Chapter 7**<br><br>**Adv. Proc. No.: 6:26-ap-01055-RB** |
| DAVID TYLER MOSS ET AL,<br><br>    Plaintiff,<br><br>      vs.<br><br>BRIAN MARTIN,<br><br>    Defendant. | **ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

//

//

//

//

//

//

On December 18, 2025, Defendant filed a Motion for Protective Order ("Motion"). ECF Doc. 54.

On April 28, 2026, the Court held a hearing on the Motion. After reviewing the Motion, the relevant case documents, the procedural history of the case, and considering the arguments presented by the parties,

**IT IS ORDERED** that:

1.    the Motion is denied.

###

Date: May 20, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

[CAPTION]