| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Prominent Law Group, APC<br>Joshua R. Engle (SBN: 249871)<br>333 City Blvd. West, Suite 1700<br>Orange, CA 92868<br>Tel: 714-236-9330<br>Fax: 714-363-5521<br>josh@plgoc.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Brian Martin | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>BRIAN DENNIS MARTIN<br><br>Debtor(s). | CASE NO.: 6:25-bk-10944-RB<br><br>ADVERSARY NO.: 6:25-ap-01055-RB<br><br>CHAPTER: 7 |
| DAVID TYLER MOSS and FIDELISSIMUS LLC<br><br>Plaintiff(s).<br><br>vs.<br><br>BRIAN DENNIS MARTIN<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 09/01/2026<br>TIME: 2:00 PM<br>COURTROOM: 301<br>ADDRESS: 3420 Twelfth Avenue<br>Riverside, CA 92501 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| | April, 2027 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| | Defense counsel needs time to review the substantial documents in the underlying Texas federal case, which is currently upon appeal. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| | Defendant objects to any extension of the discovery deadline. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| | Defendant needs no further discovery. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| | Two days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| | Unknown. Defendant's case is based upon the concluded federal trial in Texas, which is currently on appeal. At least the witnesses from the state and federal trials and the state trial defense counsel. |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| | State and federal trial court records, transcripts, appellate records. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) ___________ | Pretrial conference should be set after:<br>(*date*) 10/30/2026 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Settlement is not likely. Defendant seeks vindcation that he was not involved in the underlying alleged fraud that was the basis of the Texas federal trial.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

Plaintiff

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

Defendant

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The Texas state trial is currently on appeal, which if overturned would eviscerate Plaintiffs' case against Defendant.

Respectfully submitted,

Date: ___________

___________________________
Printed name of law firm

___________________________
Signature

___________________________
Printed name

Attorney for: ___________________________

Date: 08/31/2026

Prominent Law Group, APC
Printed name of law firm

[signature]
Signature

Joshua R. Engle, Esq.
Printed name

Attorney for: Brian Dennis Martin

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 City Blvd. West, Suite 1700, Orange, CA 92868

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/01/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR) trustee.bui@shulmanbastian.com, C115@ecfcbis.com,RPodorovsky@shulmanbastian.com
Sara Chenetz sara.chenetz@ashurstperkins.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Joshua R. Engle josh@plgoc.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/01/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Michael Jay Berger, The Law Offices of Michael Jay Berger, 9454 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212

Kevin Martin, 941 Cimarron Lane, Corona, CA 92879

Mark Stuart Rosen, Attorney at Law, 27281 Las Ramblas, Suite 200, Mission Viejo, CA 92691

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/01/2026 | Joshua R. Engle, Esq. | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |